# EXHIBIT B

204L

DATE REVIEWED: 11/4/19

INSTITUTION: FCI Sch
INMATE NAME: Manna, Louis
UNIT: 4A
REG NO: 09211-050

FIRST STEP ACT (Circle One):   **ELIGIBLE** / INELIGIBLE

RECIDIVISM RISK LEVEL (Circle One):   MINIMUM   **LOW**   MEDIUM   HIGH