# EXHIBIT C



**U.S. Department of Justice**

**Federal Bureau of Prisons**

_Office of the General Counsel_                    _Washington, DC 20534_

September 1, 2020

MEMORANDUM FOR S. KALLIS, WARDEN
                FEDERAL MEDICAL CENTER
                ROCHESTER, MINNESOTA

                        _James C Wills for_

FROM:        Ken Hyle
             Assistant Director/General Counsel

SUBJECT:     MANNA, Louis Anthony
             Federal Register No. 09211-050
             Request for Reduction in Sentence

Please be advised that Mr. Manna's request for a reduction in
sentence (RIS) pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) and PS
5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures
for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, is
denied.  This request has received review under section 3(b)
("Debilitated Medical Condition") and section 4(b) ("Elderly
Inmates with Medical Conditions").  We have carefully reviewed
the documentation accompanying the request and have consulted
with the BOP's Medical Director.

Section 3(b) of PS 5050.50 provides that RIS consideration may
be given to an inmate who has an incurable, progressive illness
or who has suffered a debilitating injury from which he will not
recover.  An inmate is considered to be in a "debilitated
medical condition" when he is: (1) completely disabled, meaning
he cannot carry on any self-care and is totally confined to a
bed or chair; or (2) capable of only limited self-care and
confined to a bed or chair for more than 50 percent of his
waking hours.

In addition, section 4(b) provides that an inmate who meets the
following criteria may be considered for a RIS: (1) is age 65

and older; (2) suffers from chronic or serious medical conditions related to the aging process; (3) is experiencing deteriorating mental or physical health that substantially diminishes his ability to function in a correctional facility; (4) conventional treatment promises no substantial improvement to his mental or physical condition; and (5) has served at least 50 percent of his sentence.

Mr. Manna is 90 years old and has served 45.9 percent of his term of imprisonment. He has a history of hypertension, mild aortic stenosis, hyperlipidemia, vitamin D and vitamin B12 deficiencies, lower back pain, right foot drop, hearing loss, hyperkalemia, and prediabetes. In April 2020, he had a consult with the neurologist to assess the possibility of Parkinson's disease given the presence of hand tremors. The neurologist recommended additional diagnostic testing. Mr. Manna's medical conditions are considered chronic but stable. Mr. Manna is independently mobile with the use of a cane and has had no documented falls in the past 12 months. He also is generally independent with his activities of daily living (ADLs) and instrumental ADLs such as bathing, dressing, grooming, toileting, feeding, using the telephone, performing light housekeeping tasks, laundering small items, transferring, completing his commissary list, and preparing meals and snacks. He requires assistance with using the computer and managing his medication. He is housed in the general population, is not assigned an inmate companion, is able to make his needs known, and is oriented to person, place, and time.

As Mr. Manna is able to manage the majority of his ADLs and instrumental ADLs independently and is not confined to a bed or chair for more than 50 percent of his waking hours, he does not meet the criteria for a RIS under section 3(b). In addition, as he has not yet served 50 percent of his term of imprisonment, he does not meet the criteria for a RIS under section 4(b). Accordingly, his RIS request is denied.

Please provide Mr. Manna with a copy of this decision.

cc:  J. E. Krueger, Regional Director, North Central Region