# EXHIBIT D

AO 245 S (3/88) Sheet 2 - Imprisonment

Defendant: LOUIS ANTHONY MANNA  
Case Number: 88-239

Judgment—Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of __seventy (70) years consisting of twenty (20) years on__ each of Counts 1 and 2, ten (10) years on each of Counts 3 and 4, five (5) years on each of Counts 7 and 26, to run consecutively. Under prior law, it is adjudged that on Count 5 defendant is imprisoned for a term of ten (10) years, to run consecutive to other counts, for a total of eighty (80) years

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.  
☐ The defendant shall surrender to the United States Marshal for this district,

☐ at _____ a.m./p.m. on _____.

☐ as notified by the Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

☐ before 2 p.m. on _____.  
☐ as notified by the United States Marshal.  
☐ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

Defendant delivered on 11-1-89 to U.S. Penitentiary at Leavenworth, Kansas, with a certified copy of this Judgment.

Robert L. Matthews, Warden

3

On 6/23/89, a Federal Grand Jury seated in the District of New Jersey, Newark, New Jersey, returned an indictment against LOUIS ANTHONY MANNA, white male, DOB: 12/2/29 at Jersey City, New Jersey, Social Security Account Number: 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.

On 8/25/88, a superceding indictment was returned against MANNA by Federal Grand Jury sitting in District of New Jersey, Newark, New Jersey.

On 6/26/89, subject was found guilty by jury in USDC, DNJ, Newark, New Jersey.

On 9/26/89, subject was sentenced by USDJ MARYANN TRUMP BARRY, DNJ, to the custody of the US Attorney General for eighty years for the following violations.

```
20 years - Title 18, USC Section 1962 (c) (Count 1)
20 years - Title 18, USC, Section 1962 (d) and 2
(Count 2)
10 years - Title 18, USC, Section 1952 b (Count 3)
10 years - Title 18, USC, Section 1952 b (Count 4)
 5 years - Title 29, USC, Section  186 b (Count 7)
 5 years - Title 18, USC, Section 1955   (Count 26)
10 years - Title 18, USC, Section 1952 b (Count 5)
```

The above sentences are to run consecutively. After completion of sentence, USDJ MARYANN TRUMP BARRY instructed that LOUIS ANTHONY MANNA be placed on probation for a period of five years on each conviction to run concurrently.

AO 245 S (3/88) Sheet 3 - Supervised Rele

Judgment—Page 3 of 4

Defendant: LOUIS ANTHONY MANNA
Case Number: 88-239

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of five (5) years, consisting of five (5) years on each of Counts 1 and 2, three (3) years on each of Counts 3, 4, 7 and 26, to run concurrently.

IT IS FURTHER ADJUDGED that the defendant shall provide the probation office access to any requested financial information and defendant shall abide by the standard conditions of supervised release.

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

☐ The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

"CENTRAL FILE"

AO-245 S (3/88) Sheet 6 - Fine With Spe...

Judgment—Page __4__ of __4__

Defendant: LOUIS ANTHONY MANNA
Case Number: 88-239

## FINE WITH SPECIAL ASSESSMENT

The defendant shall pay to the United States the sum of $ __250,350.00__, consisting of a fine of $ __250,000.00__ and a special assessment of $ __350.00__.

☒ These amounts are the totals of the fines and assessments imposed on individual counts, as follows:

Count 1 — Fine of $250,000.00
Special Assessment of $50.00

Counts 2, 3, 4, 5, 7 and 26 — Special Assessment of $50.00 on each Count

These sums
This sum shall be paid ☒ immediately.
☐ as follows:

☐ The Court has determined that the defendant does not have the ability to pay interest. It is ordered that:

☐ The interest requirement is waived.
☐ The interest requirement is modified as follows:

"CENTRAL FIL...