UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>Minutes of Proceeding</u>

OFFICE:  Trenton

JUDGE     PETER G. SHERIDAN

October 5, 2020
DATE OF PROCEEDING

Court Reporter: FRANK GABLE

TITLE OF CASE:                                    Cr. 88-239 (PGS)
UNITED STATES OF AMERICA

   vs.

LOUIS MANNA

APPEARANCES:

(See record for list of appearance)

NATURE OF PROCEEDINGS:

TELEPHONE CONFERENCE HELD.

Adjournment request granted.

Order filed.


TIME COMMENCED: 2:35 PM
TIME ADJOURNED: 2:45 PM
TOTAL TIME:     0:10

                                <u>Dolores J. Hicks</u>
                                Deputy Clerk