UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

*UNITED STATES OF AMERICA,*

-v-

LOUIS ANTHONY MANNA,

**Defendant.**

Case No.: 88-CR-239

**AFFIDAVIT**

### AFFIDAVIT OF DR. MCGEE

STATE OF NEW JERSEY  )

COUNTY OF HUDSON    )

The undersigned affiant, John McGee, M.D. being first duly sworn, hereby Deposes and says:

1. I, Dr. McGee am currently a physician board certified in Internal Medicine and have been since December of 1992. As such, I currently am licensed and practice in New Jersey at Physician Wellness Consultants at 700 Avenue C Bayonne, NJ 07002.

2. I am responding to the opposition statement but Alexander Ramey, AUSA / Craig Carpenito which notably contains **no medical expert input to rebut my medical opinions enumerated in my affidavit dated September 23, 2020**; whereby I opined on Mr. Manna's debilitating and extreme medical conditions were and are not being properly treated and diagnosed. The medical record focus on for both the Government and my opinion reveals via Dr. Nassaralla review that there are many "extraordinary and compelling reasons" warranting

Mr. Manna's release, as proper medical treatment is necessary. While it doesn't explicitly state this, any medical expert would recognize that Manna is a frail 90 year old man is barely capable of self-care and suffers from a large number of conditions that put him at extreme risk for Covid19 infection and the brutal death that will more than likely result from this.

3. Briefly, while not explicitly stated, Mr. Manna is in fact significantly immunocomprimised (weakened immune system) as reflected in his numerous MRSA infections which notably are life-threatening in and of themselves. This immuno-compromise is likely caused by his advanced age and poor nutritional status in addition to the likelihood of an undiagnosed cancer in his upper gastrointestinal tract. Furthermore, it is clear from the record that he is unable to manage self-care required to protect him from MRSA or Covid-19. His inability to be independent in the shower explains his poor hygiene, the diagnosis of incipient Parkinson's Disease adds further risk as rapid progression is likely to increase his risk for Covid-19 as well.

4. The number indication acceleration of spread of Covid-19 in the FMC Rochester's population, it is likely that we are committing Mr. Manna to a death sentence and a brutal one at that. I have treated several corrections officers for Covid19 and it appears that because of the prison environment, the intensity of illness is much greater than in the general population. This observation has been corroborated by leadership of the New Jersey Reentry Corporation.

5. A last salient factor is that while the opposition document implies that the prison system is capable of managing such a complicated and ill person, it is clear that the care Mr. Manna is receiving for his existent medical issues is severely deficient and he requires care that exceeds what can be provided in this environment Covid19 notwithstanding.

6. In summary, this frail nonagenarian is at extreme risk for Covid19 infection and to this medical expert clearly meets the statutory guidelines for compassionate release.

5. I will certainly take on the responsibility of treating physician if and when he is released. I will arrange and expedite the plan outlined above as soon as this is settled.

On the  19th  day of October n the year 2020 before me, the undersigned, personally appeared Dr. John McGee, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity (ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_John R. McGee, MD._

Printed Name: John R. McGee, MD.