# EXHIBIT A

INTERCEPTION LOG

MONITORING AGENTS: Robert Dinsmore

NKDNJ NO. S-17 ?
REEL NO. 2

DATE 8/5/8?
PAGE # 18

LOCATION OF MISUR: 615 FIRST STREET, HOBOKEN, NEW JERSEY

| PAGE | TIME ON | TIME OFF | AGTS. INIT. | ACTIVITY: |
|---|---|---|---|---|
| 3039 | 2111 | 2112 | RED | SC TV |
| 10402 | 2116 | 2118 | RED | SC TV |
| 20415 | 2121 | 2123 | RED | SC TV + DISHES |
| 50403 | 2127 | 2128 | RED | SC TV |
| | 2130 | 2130 | RED | SC TERMINATE MONITORIN |

# INTERCEPTION LOG

MONITORING AGENTS: Tuiner

LOCATION OF MISUR: 615 FIRST STREET, HOBOKEN, NEW JERSEY

NKDNJ NO.: 577
REEL NO.: 2
DATE: 8-5-87
PAGE #: 17

| PAGE OFF | TIME ON | TIME OFF | AGTS. INIT. | ACTIVITY: |
|---|---|---|---|---|
| 1 | 123 | 2019 | 2022 WT | Practice Three games - Just know who gave me |
| | | | | Has here — SPAKT … Sparky — |
| | | | | SC - Sunday. Thurk About … SL He calls every Sunday — |
| | | | | He MADE it TALK About how good the food is |
| | 124 | 2023 | | Tot Dinsmore |
| | | 2023 | PO | Initiate monitoring — |
| | | 2033 | PD | SC TV |
| 10BS | 2014 | 2026 PD | | SC TV Mic, what kind of CASSETT is this, CASSE is |
| S | | 2028 | PCO | coming Tomorrow. Ulm tells IDA CASSE is |
| | | | | coming. Ulm says he used to steal from them |
| | | | | Talking about a Taped show on CH 14? M. what |
| | | | | is this Billy. Billy This is The guy gave us |
| | | | | The guy who macs The commercial. "Hi were back |
| | | | | at Casello's." Apparently a tape of a commercial |
| | 0311 | 2050 PO | | Intv Talking to John from CASELLA now 267 |
| 11 | 034 | 203 | 2050 PED | SC Apparently commercial continues |
| | 1 | 0 | 1.28 | SC  ″ |
| | | | | 11. Ulm asks if They want a |
| | | | | minute + Takes "Luciano Car"— |

MONITORING AGENTS:
TURNER

INTERCEPTION LOG

NKDNJ NO. S77
REEL NO. 1+2

LOCATION OF MISUR: 615 FIRST STREET, HOBOKEN, NEW JERSEY

DATE 8-5-87
PAGE # 16

| TIME ON | TIME OFF | AGTS. INIT. | ACTIVITY: |
|---|---|---|---|
| | | | Talk About The Baseball game where Nitro got |
| | | | caught with the enemy board. Somebody from N.J. |
| | | | It could be from N.Y. T.V. is on |
| 1664 | 1931 | WT | SC-T.V. on s/t Name Lou is mentioned in the kitchen |
| | | | Eating. Um's Talk About Baseball. You got it. Yeah -- |
| | | | Sitty there watching. All of the eat. T.V. Loud |
| 1672 | 1937 | WT | SC-T.V. on Yankee ball game. |
| 1684 | 1943 | WT | SC-T.V. on. I'll see ya tommarrow. O.K. Buddy |
| 1698 | 1946 | WT | SC-T.V. on |
| 1698 | | WT | Tape #1 is Replaced by Tape #2 reset counter Reset to 0000 |
| 0014 | 1953 | WT | SC-T.V. on. Sh. Um says I had six numbers. um's voices |
| | | | Are drowed out by the T.V. |
| 0031 | 1958 | WT | T.V. on. 100 is mentioned... yesterday. T.V. Loud. |
| 0068 | 2001 | WT | SC-T.V. on um Talking About the home team Cleveland |
| | 2001 | | JOE Don't undrstand. Ah he got him, Nothing N.Y. |
| | | | um says is this the mets game -- No - Right Joe |
| 0094 | 2016 | WT | SC-T.V. on um's tal + thught I got poison |

INTERCEPTION LOG

MONITORING AGENTS: Acosta C. Wells, William Turner

LOCATION OF MISUR: 615 FIRST STREET, HOBOKEN, NEW JERSEY

NKDNJ NO.: 577
REEL NO.: 1
DATE: 5/5/87
PAGE: 1 of 2

| TIME ON | TIME OFF | AGTS. INIT. | ACTIVITY |
|---|---|---|---|
| 0165 | 1254 1256 | DW | SC. Background noise. Music - audience static - then background music on. List male voice. Buffy - problem, mi- |
| | | | noise again |
| 0192 | 1257 1300 | DW | V/m yells where! three SC. Background noise/audio |
| | | | SC. Background noise. Monotonous chair. Background noise - state |
| 0202 | 1301 1301 | DW | SC. Background music/noises U/m - no chik / another male U/m - no chik / no chik - transferred |
| | | | very empty that noises M&S no chik T transferred SC. Background noises/audio |
| 0216 | 1306 1306 | DW | SC. Background voices, buzzing noises |
| 0230 | 1310 1312 | DW | SC. Background noises/audio. Something odd/female |
| 0236 | 1315 1317 | DW | SC. Background noises/audio. Agrees to meet. Thin guy |
| | | | voice state (U/F) agrees to meet. They say goodbye (U/F) attempted conv. |
| | | | thinks a lot of they say goodbye |
| | | | maybe |
| 0272 | 1320 1322 | DW | SC. State/signal interruption. Background noises/voices. state/signal interruption. Virtual tour |
| 0272 | 1323 | DW | TOT Det. TURNER. |
| 0232 325 | 1327 1334 | WT | SC. Background voices, door closes. Forget about it. Paid off h. m told him state. First is mentioned |

# INTERCEPTION LOG

**MONITORING AGENTS:** Patricia C. Wells

**NKDNJ NO.:** 577
**REEL NO.:** 1
**DATE:** 8/5/87
**PAGE:** 1
**LOCATION OF MISUR:** 615 FIRST STREET, HOBOKEN, NEW JERSEY

1 of 18    2 Rells

**ACTIVITY:**

ABBREVIATIONS USED IN LOG AS FOLLOWS:

- BM — "BOBBY" MANNA
- MC — MARTIN CASELLA
- RN — ROCCO NAPOLI
- RD — RICHARD DESCISCIO
- JC — JACK CIARAMELLA
- LG — LOUIS GATTO
- JN — JAMES NAPOLI
- UM — UNKNOWN MALE
- SC — SPOT CHECK
- NP — NON-PERTINENT
- MI — MONITORING INITIATED
- MT — MONITORING TERMINATED

| FOOTAGE ON | FOOTAGE OFF | TIME ON | TIME OFF | AGTS. INIT. | ACTIVITY |
|---|---|---|---|---|---|
| 0000 | 0019 | 1720 | 1722 | DW | Monitoring initiated. SC Background noise, little talking, female arguing |
| | | | | | Talking of family arguing |
| 0019 | 0037 | 1724 | 1726 | DW | (ST) |
| 0037 | 0056 | 1728 | 1730 | DW | SC Background music/stereo w/m refers to Virgin birth |
| | | | | | "ch noise" |
| 0056 | 0079 | 1732 | 1734 | DW | SC Background stereo/radio |
| 0079 | 0092 | 1736 | 1738 | DW | SC Same background noise plus refers to plan surgery — style |
| 0092 | 0110 | 1740 | 1742 | DW | SC Background news, possibly g/m surgery |
| 0110 | 0128 | 1744 | 1746 | DW | SC Background music state w/m b/y u/m discussing seed |
| 0128 | 0146 | 1748 | 1750 | DW | SC Background music switch talks children state |
| | | | | | referring to little girls. Talks w/m's news life |

# INTERCEPTION LOG

**MONITORING AGENTS:** Turner

**NKDNJ NO.** 577
**REEL NO.** 1

**DATE** 8-5-87
**PAGE** 3

**LOCATION OF MISUR:** 615 FIRST STREET, HOBOKEN, NEW JERSEY

1430

| TIME ON | TIME OFF | AGTS. INIT. | ACTIVITY |
|---|---|---|---|
| 1334 | 1340 | WT | Harry Static background Voices I gave it to you got to |
| 1340 | 1341 | WT | go see somebody tonyht. I'll be right in. I know what |
| 1343 | 1346 | WT | to tell him. I'll be there. |
| 1347 | 1351 | WT | SC Background Noise Background Voices static |
| 1351 | 1357 | WT | SC Background Noise Voices |
| 1357 | 1355 | WT | SC Background Noise |
| 1357 | 1404 | WT | SC Background Noise static door closes |
| 1404 | 1406 | WT | SC Background Noise SU Phone Rings Wb he's not here |
|  |  |  | right now |
| 1406 | 1413 | WT | SC static Background Voices |
| 1405 | 1419 | WT | SC Background Voices static |
| 1419 | 1423 | WT | SC Static |
| 1418 | 1425 | WT | SC Background Voices Um says that was Dees. he dont |
| 1417 | 1420 | WT | believe it I told you I'm going to the SL between SL Tony |
|  |  |  | Alright, Um says he's gone- |
| 1420 | 1430 | WT | TOT Dinsmore |
| 1430 |  | No | Initiate mov tourd |

"did about 16"

INTERCEPTION LOG

MONITORING AGENTS: Robert E. Dinsmore

NKDNJ NO. 577
REEL NO. 1
DATE 8/5/87
PAGE # 1
LOCATION OF MISUR: 615 FIRST STREET, HOBOKEN, NEW JERSEY

| FOOTAGE ON/OFF | TIME ON/OFF | AGTS. INIT. | ACTIVITY: |
|---|---|---|---|
| 053L cont'd | 1513 | RED | - SINCE AC OPENED UP - MART SAID DISCUSS |
| | | | VEGAS, A LITTLE LATELY HOBOKEN N.Y. - MARRY/IVC |
| | | | SOMEONE'S DAUGHTER, THEY DON'T CARE IF WE'RE STARVIN' |
| | | | THEY, YOUR DEAL W/ "MR CEMENT" YOU STILL |
| | | | KEEP YOU A $10 #, THEY NEVER HIT MY KENNY THEY |
| | | | HIT 518, IF I GIVE YOU THAT TO + MONEY |
| | | | SOMETHING, HORSE - SPORTS, DOLLARS LAST WEEK |
| | | | IT DON'T CASE, MILLIONS; (INTERMITTANT) THAT'S |
| | | | THE KEY TO THE PLAY & NO ANY GIVEN TIME ALL THE |
| | | | X Tape 1 |
| | | | PROBLEMS, EVERY DAY THIS WEEK, HITS (INTERMITTANT) |
| | | | GIVE'N AWAY 4,000 FOR THE HITS & GAMBLED |
| | | | I BEEN WATCHING THIS SHIT GO UP & DOWN, 2500 OR 2000 |
| | | | ONCE YOU'S OUT OF &T=RED, WE SPLIT UP THE |
| | | | HORSES YET, (INTEL) 3500, I'm PAYING 30 |
| | | | WE COULD A LITTLE BETTER HOW LONG OR I'LL hire |
| | | | THEY WENT CRAZY + NUTS, C/M'S - 146 ONLY |
| | | | THE JEW BAD YOUR BALLS EVERY DAY |

INTERCEPTION LOG

MONITORING AGENTS: Robert Dinsmore

NKDNJ NO. 577
REEL NO.

LOCATION OF MISUR
615 FIRST STREET
HOBOKEN, NEW JERSEY

DATE 8/5/82
PAGE # 4

| FOOTAGE ON | FOOTAGE OFF | TIME ON | TIME OFF | AGTS. INIT. | ACTIVITY: |
|---|---|---|---|---|---|
| 458 | 467 | 1436 | 1437 | RD | SC Background noise |
| 467 | 478 | 1439 | 1440 | RD | SC "If Joey comes tell um I'll be back" |
| 478 | 487 | 1444 | 1445 | RD | SC Background |
| 487 | 500 | 1449 | 1450 | RD | SC Background voices |
| 500 | 530 | 1455 | 1458 | RD | SC U/M then talk re-be here |
| 530 | 530 | 1503 | 1504 | RD | SC voices in Background (Transmitter intermittent) |
| 530 | | 1513 | | RD | U/m's sound of U/M walking, The other night I met a guy w/a beard mentions 7½, 3r, $300, Billy on Bus Back, The looser was just took-y |

we went down 1200 + 1200 last wk, how many wk to collect, I got the books there were in a position to make money increasing wha were paying 300 @ wh. what happens Hoboken try to do the best 2500 @ will I said no understand, for our h.t. u got the money ½ dollar I want to have 12 ya shit you start to b. ½ up pot you wins

INTERCEPTION LOG

MONITORING AGENTS: Robert Dinsmore

NKDNJ NO. 15019
REEL NO. 1

LOCATION OF MISUR: 615 FIRST STREET, HOBOKEN, NEW JERSEY

DATE 8/5/87
PAGE 6

| FOOTAGE ON | FOOTAGE OFF | TIME ON | TIME OFF | AGTS. INIT. | ACTIVITY |
|---|---|---|---|---|---|
| Cont'd | | 1513 | | OD | Pissed, Discuss Relationship, working w/ 300 |
| | | | | | months, Gave me some free weeks - got Christmas |
| | | | | | money, gave me 4 wks to get out of |
| | | | | | Nice guy in the world, give us what to wait a |
| | | | | | The red, that's 1300, you want to wait a |
| | | | | | months, what even V loose is half mine, 10,000 |
| | | | | | 800, 20,000 month, why can it V tell to my wife |
| | | | | | Daughter, 250 @ wk, this is the guy V wanted |
| | | | | | me to beat up once, the cops now I got 2 |
| | | | | | give a fuck, ok we got 3 weeks, V say 3 |
| out | | | | | wks, let him figure the business isn't |
| | | | | | - V want to go back to being a fuckin |
| | | | | | murder, what's "hazy" Gregory's brother |
| | | | | | view. Gregory + Rocky, it's a drug dealer |
| | | | | | situation, she's kidnapping to Vegas. now they |
| | | | | | put him on sat+sun shifts. Rocky - Mariano (DR) |
| | | | | | Rocky will be head J Position of post office |
| | | | | | how about - (Tom Colin w/ Blair) go ahead Tce |

INTERCEPTION LOG

MONITORING AGENTS: Robert Dinsmore

NKDNJ NO. 577
REEL NO. ___
DATE 8/5/85
PAGE # 7

LOCATION OF MISUR
615 FIRST STREET
HOBOKEN, NEW JERSEY

| FOOTAGE ON / OFF | TIME ON / OFF | AGTS. INIT. | ACTIVITY: |
|---|---|---|---|
| 1536 | 1513 | RD | ANT u will not to work w/ this Business. |
| | | | It's my Bread & Butter, Houses 700?-2615 |
| | | | possibly 793-2615   It's my only way of |
| | | | making $ Joe, It's still coming out |
| | | | UR Jeopardizing $10 Mil's. Joe UR loan |
| | | | Give up the Business. They don't appreciate |
| | | | V/m can't take a ride g next wk, Joe @ cell |
| | | | UR looking money. If he don't accept that he's |
| | | | crazy, stupid offer $2500. I'll never |
| | | | seen it go that way. V wait 3 wks, |
| | | | U don't understand Tom. Just talkin to V is like |
| | | | Bangin head against wall. Voce @ VR |
| | | | -is still 300 @ wk. You? Dealing no op |
| | | | to anyone. V you may guess closer. How come V |
| | | | don't accept any. V u know how much I pay (?) |
| | | | the lawyers all the lawyers 100 000 to |
| | | | lawyers to ½ take a bo from the s/c |

# INTERCEPTION LOG

**ITORING AGENTS:** Bartel/

**NKDNJ NO.** 577
**REEL NO.** 1

**LOCATION OF MISUR:** 615 FIRST STREET, HOBOKEN, NEW JERSEY

**DATE** 8/5/87
**PAGE #** 14

| TIME ON | TIME OFF | AGTS. INIT. | ACTIVITY |
|---|---|---|---|
| | | | Talk about B.T. Brink. Test SC we will hear from w/Jim |
| | | | Says SC someone calls Billy how do I go with very |
| | | | Good. Have a good time. Fellows OK say I sit on |
| | | | That boy. T.V. ON. Powers conversation SC 40 you got |
| | | | Will fixing -- SC they are talking about how |
| | | | Someone says too soon 25/60 called me I came back |
| | | | Powr someone calls John SC Nature vissa talks been |
| | | | several vissa talkis at curb SC operators show Mich |
| | | | We talk alright about Billy talk about 80 party |
| | | | Say B told about someone 1630 R20 talk about click |
| | | 1633 | 46 apt bunch of boys. something about boat pool |
| 1633 | | | Someone say too twilight |
| | 1635 | | SC T.V on general talkins someone says we may have |
| | | | a problem with that. Someone states I don't blame that |
| | | | You know either F.B.I. - Jack. I pray to mistess |
| | | | Phone. Hey Jack T.V. over powers conversation |
| 1635 | 1637 | | we talked "NSW" I don't you static all w- |

INTERCEPTION LOG

MONITORING AGENTS: Beasley, Turner

NKDNJ NO. 577
REEL NO. _____

LOCATION OF MISUR: 615 FIRST STREET, HOBOKEN, NEW JERSEY

DATE 8/29/87
PAGE 15

| PAGE | TIME ON | TIME OFF | AGTS. INIT. | ACTIVITY |
|---|---|---|---|---|
| | | | RCC/JB | T.O.T. Pet/Turner |
| 85 | 1887 | 1903 | WT | T.V. on, Um states I'm going away, feet like it. |
| | | | | Is this the same program on hic--- Oh yeah--- |
| | | | | New York is mentioned. S/L He already gave |
| | | | | Name Bobby & I mentined. S/L He Wife |
| | | | | Mr. H. Check Talk About where The Wife |
| | | | | Casella came from- Um Says Frank did you See |
| | | | | Something Um (Russ.) Frank Casella Asked — TV's over (loud conversation) |
| 88 | 1609 | 1911 1914 | WT | SC- Um's Talk About Food TV is Loud Talk About um's |
| | | | | Life Style- Somebody is very tired- New York is mentioned |
| | | | | Sittin at the bar drinking, music is heard in background. |
| | | | - | Um going to the wedding in A Limo, where A Um |
| | | | | Comes From. TV is Loud. |
| A | 1921 | 1918 1920 | WT | SC- TV is on, hard To hear with Same. |
| 22 | 1947 | 1923 1928 | WT | SC- music on, off. What Are Yu going to put on |
| | | | | Um Says Sat. Night S/L Bobby- Sat night is |
| | | | | The Night Um S/L How many people Party. |

| MONITORING AGENTS: Robert Dinsmore | | INTERCEPTION LOG NKDNJ NO. 500 REEL NO. 1 | LOCATION OF MISUR 615 FIRST STREET HOBOKEN, NEW JERSEY DATE 8/5/85 PAGE 9 |
|---|---|---|---|
| PAGE OFF | TIME ON / OFF | AGTS. INIT. | ACTIVITY: |
| 36 cont'd | 1513 | RD | ✓ + w/ The Jew - ✓ pay for car cash, BLUE CROSS |
| | | | ✓ went to go to (NY) uncles / 74 Cadillac, Tim driving |
| | | | my lawyer told them, mortgages (N) + Gan Gemmi (ca) He used |
| | | | ✓ used to ship lots, was running to Sicilian |
| | | | Think it? Take #1S. W/m — Want another drink, TDM. |
| | | | Pictures in the think mentions "HAZY" who |
| | | | comes in after. ✓ I only knew Rocky ✓ Gregory |
| | | | The guys laying out in the Coffin mentions 2000. |
| | | | while Wilson Krekosa, Nostra, ✓ 150,000 bond |
| | | | ✓ he still has other shit pending 7-9 y 25 |
| | | | pending  ✓ didn't even go up for credit |
| | | | card shit yet, Bayonne. I know people |
| | | | who know him. 528 He used Tell Kathy (UI) |
| | | | ✓ She's young ✓ you know Jackie, she was 19 |
| | | | All I know ✓I was paranoid, vim Horses, she was w/ |
| | | | — Hey Pal - ✓ Village Coffee Shop - // Chiropractors |
| | 3 out | | ✓ back by 4:00 pm.   BETTER him Tim Martz. I'll call |

# INTERCEPTION LOG

**MONITORING AGENTS:** Agent Dorsment

**NKDNJ NO.** 5-77
**REEL NO.** 1
**DATE** 8/5/82
**PAGE #** 10

**LOCATION OF MISUR:** 615 First Street, Hoboken, New Jersey

| PAGE OFF | TIME ON | TIME OFF | AGTS. INIT. | ACTIVITY: |
|---|---|---|---|---|
| 86 COMEN | 1513 | | NO | ✓ He's plenty running. ✓ They got the sleeve (Chincos) |
| | | | | People from Village. Tomorrow get him 7-75 |
| | | | | Concrete. When he gets laid off, comes all t Bk 4 |
| | | | | to me, keeps his mouth shut. Two Madonna tickets |
| | | | | I'll never ask him for dinner. Hey there he is |
| | | | | Comin Tell Ralph He's to — put Charlie |
| | | | | in too. Replace him on another. Tell Ralph |
| | | | | This. ✓ I gotta get out of this racket Rock |
| | | | | 20% top date $65 @ yr. Before 45 @ yr. |
| | | | | Last few yrs. Pension. ✓ Build a house buy them over |
| | | | | 125 thousand. ✓ Community Springs, Bayonne N.J. |
| | | | | Buy lots on the Lake, 9000 sh Blood, JE on J.D. |
| | | | | ✓ Just bought a house 10 then down profit 50,000 in Bank |
| | | | | Here's — ✓ 159 a been price increase bought for |
| | | | | 67 selling for 87. New prices come out. |
| | | | | 159 now 175 • How many guys u want Jerry |
| | | | | This Blood Find his his 6 people, see Clement |
| | | | | tomm' have (me) Dio see him when you get rac |

# INTERCEPTION LOG

**MONITORING AGENTS:** Robert Dinsmore

**NKDNJ NO.** 590
**REEL NO.** 1

**DATE** 8/5/87
**PAGE #** 11

**LOCATION OF MISUR:** 615 FIRST STREET, HOBOKEN, NEW JERSEY

| TAGE OFF | TIME ON | OFF | AGTS. INIT. | ACTIVITY: |
|---|---|---|---|---|
| 36 | cont'd | 1513 | RED | (cont'd) Have a good art, DOC? wants to pay in cash / OT he's happy monster job 7- weeks, Deb mentioned / The line. What do we do for 90 - 3 and a yr w/ cho / in for gift, 400, 1300 bucks. buy him something else. / Everyone threw in 45 bucks. Everyone likes cash / Honeymoon. /Hi Rocky. Look how hard he worked. / Hey Joe what are u worried for. Hey HAZZ - where / he go. West coast big boom area. Have ya been to WEST / coast area. / Drove to NJ. / Vegging in background |
| | 1134 | | RED | |
| 134 | 1126 1146 1653 | | RG | U/m - Yeah hold on - Marty back yet - |
| 176 | 1191 1654 1656 | | RGO | SC Background noise + voices |
| | | | -RED | SC " |
| 191 | 1195 1701 1701 | -RED | | TOT SA ARICO |
| | 1196 1701 1705 | | RED | AR Hey/m. Hey Rock, I just got back |
| 1196 | 1211 1703 1705 | | AR | Hey/m. Hey Rock, I just got back $ 529 |
| 1212 | 1235 1707 1710 | | AR | SC: Static, voices in background / |
| 1226 | 1217 1713 | | AR | u/m talking about scallops shine in scarf. / Sauce, stuffing. $ 50 |
| | 1237 | 1715 | | |

INTERCEPTION LOG                           LOCATION OF MISUR

MONITORING AGENTS: AC/CD
NKDNJ NO. 577
REEL NO. 1
DATE 8/5/87
PAGE # 12
615 FIRST STREET
HOBOKEN, NEW JERSEY

| FOOTAGE ON | FOOTAGE OFF | TIME ON | TIME OFF | AGTS. INIT. | ACTIVITY |
|---|---|---|---|---|---|
| 238 | 254 | 1718 | 1721 | AA | SC. Background voices |
| 255 | 265 | 1723 | 1725 | AA | SC Static. Background voices |
| 266 | | 1728 | | AA | SC Background voices b/m says "if he long one" |
| | 265 | 1731 | | | what's up? Static |
| 287 | 1300 | 1734 | 1738 | AA | SC Background voices/noise w/m Yelling static X says want to talk about ? |
| 1300 | | 1744 | | AA | SC w/m's talking w/m says |
| | 1316 | 1746 | | | background noise Static. |
| 317 | | 1749 | | AA | SC, w/m — I don't see 10 things what happened well w/p better get out of here before |
| | 1333 | 1752 | | | all of us get paranoid, TV goes on |
| 1334 | 1347 | 1757 | 1759 | AA | TV on, voices in background |
| 74X | | 1805 | | AA | SC, TV on, voices in background, w/m says when am I going see you? this is Nat'l Geographic asks w/m if he wants to see the pictures w/m answers phone. w/m gets on phone. w/m talks about w/m calls for bobby |
| | 1361 | 1810 | | | Ceases all use |

# INTERCEPTION LOG

MONITORING AGENTS: [illegible] / [illegible]

LOCATION OF MISUR: 615 FIRST STREET, HOBOKEN, NEW JERSEY

NKDNJ NO. 577
REEL NO. 1
DATE 8-5-87
PAGE # 13

| FOOTAGE ON | FOOTAGE OFF | TIME ON | TIME OFF | AGTS. INIT. | ACTIVITY |
|---|---|---|---|---|---|
| 1381 | | 1814 | | AA | SC. TV on. Background voices. static |
| | | | | | Male voices yelling / laughing [illegible] him - says |
| | | | | | guy was so surprised. know that |
| | | | | | told him "we don't have them. He doesn't look like |
| | | | | | Bobbie |
| | | | | | Jimmy Stewart ? says about "Bobby the Ace." |
| | | | | | after - VIP got to go to the roof to feed |
| 1439 | | 1824 | | | my own birds. I told him this place never happened. |
| 1440 | 1447 | 1828 | 1831 | AA | SC TV on. |
| 1448 | | 1836→ | | AA | tot SC Bradley |
| 1449 | | 1839 | | Cts | SC TV on. Talking Background. He'll be back in couple min |
| | | | | | Talk about rating. Chicken. Talk about $100,000 in plastic |
| | | | | | City $60,000 believe. Talk about what's going [on] |
| | | | | | Talk about Hi-Tek Michael/Michalek Missed by [illegible] |
| | | | | | Is mr. Cole here. The boss. Give reward right? |
| | | | | | Police [illegible] here. Well well. If you last couple days |
| | | | | | Static background. If you [illegible] the Fbi - |
| | | | | | Call. Return. Jesus father, it puts [illegible] |

| AGENTS: Dinsmore | | INTERCEPTION LOG | | LOCATION OF MISUR |
|---|---|---|---|---|
| | | NKDNJ NO. SPD | DATE 8/5/85 | 615 FIRST STREET |
| | | REEL NO. 1 | PAGE 8 | HOBOKEN, NEW JERSEY |

194/

| TIME ON | OFF | AGTS. INIT. | ACTIVITY: |
|---|---|---|---|
| 1513 | | PD | ✓ I just said Joe @ hundred actlg what do |
| | | | Joe it ain't gonna change. What if we say |
| | | | word something what gene doing I'm gunna |
| | | | √ a 10D from house gotta pay business ✓JoD just ✓D |
| | | | show you I'm not this is my business JOD |
| | | | Joe + I'm announce next murder you doing |
| | | | 300 (to cover bag?) He's my partner. I gotta |
| | | | can't hear about 10/hr. not on the dull |
| | | | running D stewey Joseph sons Djumbez- |
| | | | thing I even heard witness be bottom line |
| | | 17. | ✓The bus is gone. ✓Do you think I expect |
| | | | ✓ to go down If down Heb - Don Chick |
| | | | ✓ got th cash. ✓ I say w/ passion Joe. ✓He |
| | | | ran he's gone (intermittan) ✓The kid's |
| | | | working in the city w/me. I'm gonna tell |
| | | | the truth. Don't start w/me. I don't see this |
| | | | business w/ The Red up money. Did you call the guy |
| | | | Fugazy 10 hour pa ? wait give me a 2:08 - |