# EXHIBIT H

1     Investigation into the Death

2     of Irwin Schiff

3     12/30/87- Eighth Special

4     ADA DUGAN/KM

5

6

7     A.     (Continuing) I figured what the

8     heck, Jonathan doesn't seem to mind it

9     closed. And -- but I don't know if it was

10     opened again at that time. But -- you know --

11     Q.     But what's your best recollection

12     as to the time you first noticed that the

13     door that you had lactched open was closed?

14     A.     Well, Jonathan finished the job

15     10:00 and there was some garbage and all

16     kinds of paint cans and paint brushes and I

17     told him, "Look, Jonathan, I will take

18     garbage down. Thank you very much. You did

19     a good job," blah, blah, and he left.

20     Q.     At about what time?

21     A.     It was around 10:00 he left.   And

22     I didn't take the garbage down right away, I

23     messyed around and after about ten minutes

24     or maybe 15 minutes --

25     Q.     Okay, but slow down now, the

Lewis                    14

1    and I said "murder, where, who, and nobody

2    seemed to know anything and I pushed my way

3    to the front of the crowd and I stood there.

4    And then I tried to go to my entrance and

5    two police men immediately stopped me and

6    barred their arms away -- they crossed

7    their arms out, I mean, they put their arms

8    out and physically -- like to physically bar

9    me.  And they told me "You can't come in

10   here. You can't come near here.  Don't touch

11   anything."

12        Q.    Where were you when they stopped

13   you; how far had you gotten?

14        A.    I got to right -- standing in

15   front of them.  And I said, "But I live

16   here."  And they said "Sorry, nobody allowed

17   in here right now.  You can't come in."

18        Q.    Was this outside the building or

19   inside the building?

20        A.    This is outside the building.

21        Q.    Were these two uniformed police

22   officers?

23        A.    Yes, two uniformed.

24        Q.    Now, does there come some point.

25   in time -- sorry about that, let me go back

Lewis                27              2240

1   legitimate question.  Do you have any basis

2       in fact for believing that anyone who is

3       employed by or associated with the

4       restaurant has some connection to what you

5       perceive to be organized crime?

6           A.    Well, I just feel guilty about

7       talking about this.

8           Q.    Well, you shouldn't feel guilty

9       about it.  Everything that you say is a

10      matter of confidence, and this record is

11      sealed and the only people that can see it

12      are myself and the ladies and gentlemen of

13      the of the jury so please tell us what you

14      know.

15          A.    Okay, I was pulled into the

16      restaurant a lot after the murder by the

17      waiters, they'd call me in a lot and

18      everybody would talk to me a lot.  And I was

19      offered food a lot and -- you know -- I

20      wondered why.  And since what had happened --

21      I like to know why things happen and I came

22      in and -- you know --- I became friendly

23      with them and they were very nice to me,

24      like a family.  And there is one man that

25      comes in there a lot and he drinks there.

KM

Lewis                    29

22.

```
 1   anybody.
 2         A.     His name is Bill.
 3         Q.     What does he do for the
 4   restaurant, Bill?
 5         A.    I don't know -- you know -- for a
 6   fact -- you know -- but I am pretty sure --
 7   you know -- he does the books.
 8         Q.    Has Bill ever spoken about the
 9   homicide?
10         A.     He once mentioned it.
11         Q.    What did he say about it?
12         A.    He said something about when a
13   contract goes out on a guy.
14         Q.    Did he say anything about who put
15   the contract out?
16         A.    No.
17         Q.    Did he say anything about who
18   fulfilled the contract?
19         A.    No.
20         Q.    What did he say about a contract?
21         A.    Well, he just mentioned that --
22   you know -- regarding -- you know -- the
23   August 8th murder.
24         Q.    What did he say about a contract?
25         A.    You know I don't remember.  I
```

KM

Lewis                30

```
 1    -- just remembered those words -- you know --
 2    and I thought -- surprised that -- you know --  >>
 3    someone with such a loose tongue would be
 4    allowed to remain there as much as he was.
 5         Q.    Who was he saying this, about a
 6    contract, to?
 7         A.    Me and Laurie.
 8         Q.    Laurie is a girlfriend?
 9         A.    Laurie is Mario's daughter who
10    was tending bar.
11         Q.    Okay, did anybody -- did he give
12    you any reason to believe that he knew of
13    any kind of contract in connection with Mr.
14    Schiff?
15         A.    Well, he gave -- he made it sound
16    like it's already -- well, like it was
17    common knowledge.
18         Q.    Other than it sounding like --
19    other than suggesting to you that it was
20    common knowledge, that there was a contract,
21    did he suggest, in any way, that he had
22    inside knowledge that there was a contract?
23         A.    I am not sure.  I don't know, but --  >>
24         Q.    Keep in mind now you have a
25    responsibility to tell us the truth, the
```

KM

Lewis                31

1    --whole truth and nothing but the truth.

2        A.    Well, I know he's known the

3    family for a long time and he has

4    partnership in something like 16 shoe stores.

5        Q.    Sixteen shoe stores?  What does

6    he do for Mario Lazzinnaro, this fellow,

7    Bill?

8        A.    Well, I guess he does his books.

9    He says he gets a thrill out of beating the

10   government. He says there is nothing like it.

11       Q.    Nothing like it.  Okay. Do you

12   know Bill's last name?

13       A.    No, I don't.

14       Q.    Now, has anybody else inside the

15   restaurant, anybody associated with the

16   restaurant or who works for the restaurant

17   spoken to you about a contract?

18       A.    No.

19       Q.    Have they spoken to you at all

20   about the homicide, what they knew about the

21   homicide or what they saw or what they heard

22   that night?

23       A.    No. No.

24       Q.    Did you tell them what you saw?

25       A.    I told Laurie and Gail -- Gail is

Lewis                    32

1      Sergio's wife -- that I saw Irwin Schiff's

2      dead body laying on the floor.

3            Q.      Did there come a point in time

4      during the evening when you took a look at

5      Mr. Schiff's body?

6            A.      Yeah, I looked at it a couple of

7      times.

8            Q.      But getting back to my question,

9      my question is this, did you tell anybody

10     who works for the restaurant or is

11     associated with the restaurant or is related

12     to anybody in the restaurant about the man

13     that you saw in the back?

14           A.      No.   No one in that restaurant,

15     to my knowledge, has been -- you know --

16     knows about it for all I know.   And I don't

17     know, but I never told them.   He could have

18     told them.

19           Q.      Did you ever ask them -- and it's

20     a very broad question -- did you ever ask

21     anybody who worked for or was associated

22     with the restaurant or who was related to

23     anybody inside the restaurant -- did you

24     ever ask them what they saw, what they heard,

25     what happened in the restaurant that night?

KM

Lewis                33

1    A.    No. I saw Louis -- you know --
2    talking to the detectives that night -- you
3    know -- running around the building
4    answering their questions and -- you know --
5    doing whatever the detectives wanted him to
6    do -- you know. He was very busy that night.
7        Q.    Did you ever see a napkin in the
8    hallway of that building?
9        A.    No, but I have seen the napkin in
10   those photographs.
11       Q.    Right.  And do you have any
12   recollection of there being a napkin inside
13   the building before you -- before you left
14   to go to the pizza store?
15       A.    No.
16       Q.    How about afterwards?
17       A.    I don't remember seeing it, no.
18       Q.    I am just a little bit curious,
19   you say that the people in the restaurant
20   were friendly with you, were they friendly
21   with you before the homicide or was it just
22   after the homicide that they became friendly
23   with you?
24       A.    It was just after the homicide.
25   Maybe it's because Louis liked me -- you

Lewis                34

1    know -- I don't know.  It might have
2    something to do with Louis.
3        Q.    And nobody in the restaurant said
4    anything about the homicide to you, where --
5    where they were when the homicide occurred
6    or what they saw?
7        A.    No, they just -- you know --
8    liked me and they got to like me and were --
9    they are very friendly, concerned about me
10   and -- you know -- about my welfare and they
11   were very nice to me,  very nice to me,
12   extremely Nice To Me.
13       Q.    Now, on that note, I have told
14   you about the fact that your testimony and
15   your identity is confidential and it cannot
16   be disclosed by anyone in connection with
17   this Grand Jury proceeding and I just wish
18   to advice you that the only one who has the
19   legal authority to disclose the fact that
20   you came here today and to disclose what you
21   say to these ladies and gentlemen of the
22   Grand Jury is yourself.  We can't prevent
23   you from telling people about your testimony
24   but, I can give you my personal advice and
25   you're free to accept it or reject it, it

KM

Lewis                35

1    has no binding authority, I suggest and I

2    recommend that you not talk about what you

3    saw and that you not talk about your

4    testimony here today.  Now, you're free to

5    accept that and free to reject it but, that

6    is the  --  that's advice that I give to

7    practically every witness that appears

8    before this Grand Jury.  The only person

9    that can talk about what you said here is

10    yourself so keep that in mind and just use

11    your common sense in that regard.

12    A.    I'd like to say something right

13    now --

14    Q.    Okay.

15    A.    -- to the people of the jury, to

16    please not tell your friends or anybody

17    about this.

18    Q.    Well --

19    A.    Please.

20    Q.    I don't think you have to worry

21    and I say that based upon experience.  These

22    ladies and gentlemen of the Grand Jury have

23    been exceptional in terms of honoring their

24    commitment and they appreciate your remarks

25    to them and I am sure they will follow it.

1      Q.    Now, again, have you spoken to

2   anyone inside your building, that is, any

3   tenant or any visitor to the building or

4   anybody associated with the building about

5   what you saw that night?

6      A.    Well, there was two -- three

7   other people that know that I saw somebody

8   in that building and one of them has moved.

9   One of them has terrible memory and I am

10  sure she forgot -- completely forgot it and

11  the other one I think either forgot it or

12  has permanently decided to forget about it.

13     Q.    Now, next question, very broad

14  question, has anyone who lives inside the

15  building or who visits the building or who

16  has some association with the building -- I

17  am trying to make this class of people as

18  broad as I can make it -- has anybody told

19  you about what they saw or heard the night

20  that Mr. Schiff was shot?

21     A.    Yes.

22     Q.    Okay, tell us what you know.

23     A.    My neighbor who has moved far

24  away, told me that he heard -- you know --

25  this noise, and he was in his apartment when

Lewis                87                        225

1    it happened and he heard the shots, but he
2    didn't come out right away and when he did
3    come out it was all ready -- you know --
4    when the police cars were there and the
5    people were out there.
6          Q.    Is that Mr. Opp?
7          A.    Yes.
8          Q.    Ed Opp?
9          A.    Yes.
10         Q.    Did Mr. Opp tell you whether or
11   not he saw anyone?
12         A.    He saw nothing because -- you
13   know -- he stayed in his apartment.  He
14   didn't come out right away because he
15   figured he'd get hurt if he did because he
16   heard bullet shots.
17         Q.    Did he tell you whether or not he
18   heard anything else aside from bullets?
19         A.    No, but somebody else heard
20   something else. Another person named Jill,
21   she heard garbage cans being moved and she
22   heard that.  She was in the apartment next
23   to his.
24         Q.    Next to Mr. Opp's?
25         A.    Yes.

Lewis                    38                    0251

1          Q.    What did Jill say that she heard?

2          A.    Garbage cans.

3          Q.    Anything particularly unusual

4     about the garbage cans?

5          A.    Loud noises from garbage cans.  I

6     don't remember like -- you know -- exactly --

7     you know -- if it was -- what it was, but

8     something about garbage cans.

9          Q.    Did she tell you whether or not

10    she heard the shooting?

11         A.    I don't think she heard the

12    shooting.  I think she just heard the

13    garbage cans because her apartment is over

14    the street of Second Avenue which is a noisy

15    street, whereas Ed's building -- Ed's

16    apartment is in the back and his is directly

17    over the restaurant and it's much more

18    accessible to hearing noises.

19         Q.    Could you tell us about Jill and

20    Mr. Opp?  What about anybody else, anybody

21    else tell you they saw or heard anything

22    that they thought it was suspicious with

23    respect to that?

24         A.    No.

25         Q.    Did you tell Mr. Opp -- I think I

KM

1  A.    No.

2     Q.    Was your vision -- can you see

3  behind that door from where you were?

4     A.    No, you can't. You know --

5  something could be there and I would not see

6  it.

7     Q.    Okay, now, so you turned and you

8  left the building, is that correct?

9     A.    Yes.

10    Q.    Now, was the vestibule door

11  locked?

12    A.    You know -- that inner door was

13  most definitely locked. The other door was

14  never locked but, as far as I remember, it

15  was closed.

16    Q.    Did you see anything on the floor

17  either in the vestibule or by any of the

18  doors?

19    A.    No, the only thing in that

20  hallway that was there were the garbage cans

21  that I decided not to go to.

22    Q.    Was there anything propping any

23  of the doors open?

24    A.    The door -- the vestibule door

25  was locked, the other doors were open. They

Lewis                11

2224

1    don't have have to be propped open, if you

2    open them, they just stay open.

3         Q.    I am talking about the  --  let's

4    concentrate on the vestibule door on the

5    outer door to Second Avenue.  My question is,

6    were those doors propped open in any way

7    by anything?

8         A.    No.  The vestibule door was

9    locked.  The other door the Second Avenue

10   door I am pretty sure was closed.  I am not

11   sure of that one, but I am absolutely

12   positively, one hundred percent indubitably

13   positive that door was closed.

14        Q.    I won't ask you what you mean by

15   indubitably.  Now, you leave the building,

16   you go to the corner  --  what corner?

17        A.    76th and Second Avenue.

18        Q.    Okay, and you put the garbage in

19   the trash can there?

20        A.    Yes.

21        Q.    76th and Second, what  --  could

22   you describe the compass direction of that

23   corner?

24        A.    Yes, that's the east -- the south

25   east corner.

KM

Lewis                12          2225

1    Q.    And where was this pizza shop
2    located that you went to get a slice?
3    A.    That's the northwest area of
4    Second Avenue between 76th and 77th.
5    Q.    I take it that you were alone
6    during this?
7    A.    Yes, I was alone.
8    Q.    So you go to the pizza store, do
9    you get your slice?
10   A.    Yes.
11   Q.    How many slices do you have?
12   A.    I just started one slice.
13   Q.    Did you eat it there?
14   A.    Yes, I sat at a table and I ate
15   the slice.
16   Q.    Did you have a soda?
17   A.    Yeah, I always have a soda.  And
18   I was cleaning out my pocketbook.
19   Q.    In the pizza store?
20   A.    Yeah, cause I was trying to get
21   myself organized.
22   Q.    Now, how long do you spend at the
23   pizza store?
24   A.    I was there about ten minutes and
25   this m   comes in the pizza parlor and he

Lewis                13              2225

1    says oh, oh, there is all these police cars

2    outside.  And I didn't think much about it.

3    And he kept rambling on about it,  all this

4    loud stuff going on outside.  So I said to

5    myself, well, normally I don't feel like

6    getting up but since it's near my apartment

7    maybe I better look outside the door.  So I

8    went out and took a peek, and to my surprise

9    it's right at my building.  So, I got very

10   curious and I walked over there.

11       Q.    Go ahead, tell us what happened

12   when you walked over there?

13       A.    I got over there and there was

14   like lots and lots of police cars and tons

15   of tons of people, crowds of people.  And I

16   never seen anything like this and except for

17   maybe in the movies.  And I tried to get

18   closer through the crowd and I see my

19   entrance, it's all barred up with a ribbon

20   and the whole area is cordoned off with a

21   ribbon.  And I ask some people what was the

22   matter and somebody said they didn't know

23   and then I asked some more and some man

24   quietly whispered maybe they think it's a

25   murder.  And then I looked at the building

KM

Lewis                                          2215

1          question was, when did you notice the first

2          time that day that the doors were closed?

3              A.    Oh, Sara had closed the door

4          sometime late in the afternoon and I don't

5          know, I might have reopened them again.  I

6          am not sure, but I don't think I did.  I

7          think I left them closed because the first

8          time she yelled at me I tried to get her to

9          forget about it -- you know -- I wanted

10         those doors open but then later on in the

11         day it didn't seem to matter too much

12         because most of the doors had been done and --

13         you know -- I figured I'd make her happy.

14             Q.    Okay, now Jonathan you tell us

15         leaves at approximately 10 p.m.?

16             A.    Yes.

17             Q.    Now, tell us what you did after

18         Jonathan leaves?

19             A.    Well, about ten minutes, maybe 15

20         minutes after he left, I got all the garbage

21         together, two bags of it and I locked my

22         apartment door and I moseyed on down the

23         staircase with my garbage.  And I noticed

24         the door was closed when I got to the bottom

25         of the stairs.  I made a mental check of

RM

Lewis

2217

1  what you saw?

2       A.    Well, all the way at the very end

3  of the hallway the doors to the restaurant

4  were open and there was a man standing there

5  facing the doorway that leads to Second

6  Avenue and he was standing with his feet

7  spread apart and he was facing Second Avenue

8  dead center and he was a very tall man about

9  6 foot 2 maybe 6 foot 3, very well built,

10  with black hair, thick black hair, very well

11  groomed and very, very nice suit on.

12       Q.    What was he doing?

13       A.    He was just standing there but he

14  was kind of like posed on the tip of his

15  toes kind of almost rocking back and forth a

16  little bit and he looked like he was like

17  *ready to do something,* I don't know. I just

18  felt very uncomfortable looking at him.

19       Q.    Why did you feel uncomfortable

20  looking at him?

21       A.    Because I felt -- I felt that I

22  shouldn't be there.  I felt like I wasn't

23  intruding.  I felt I shouldn't be there.

24  Even though I lived there I sensed that --

25  you know -- I am a very friendly person but

Lewis

1   For some reason there was no friendliness in

2   this connection between two human beings and

3   it was like — it's almost like he

4   disapproved of me being there. That's the

5   best way I could explain it. And I didn't

6   want to take my garbage to the -- to the

7   trash cans back there because I knew it was

8   going to stink up the hallway. Sometimes I

9   will do it, but since it's the weekend I

10  figured I'll take it outside. So I wondered

11  what the heck he was doing standing there

12  because he didn't work in the restaurant. I

13  never seen him before and why was he

14  standing there like that. And I decided

15  well, I am not going to wonder about it. I

16  am just going to leave, and I went to the

17  door; I opened the door. With my garbage, I

18  went through the vestibule and I went out

19  and I dumped it on the corner and I went out

20  and got a slice of pizza.

21      Q.   When you say dumped it on the

22  corner --

23      A.   There is a garbage can on the

24  corner, outside.

25      Q   Let's talk a little bit about

Lewis

2249

1   this man.   First of all, where was it when

2   you saw him for the first time?

3       A.   He was standing -- you know --

4   where the restaurant is.   There is like --

5   there is a little area just -- it's just a

6   little, little area and it was lit up, you

7   see.  And I know he was standing right there --

8   you know -- because the light was on him and

9   the hallway in front of him was all dark you --

10   know -- but I could see him clearly and he

11   could see me clearly and we looked at each

12   other.

13       Q.   Did you say anything to the man?

14       A.   No because there was no sense of

15   friendliness in this encounter.

16       Q.   I take it that he didn't say

17   anything to you?

18       A.   No, he didn't.

19       Q.   Was he a restaurant employee?

20       A.   He definitely was not, no.

21       Q.   Okay, how do you know that?

22       A.   Well, I just know everybody that

23   works in the restaurant because I live there

24   and I see them everyday.

25       Q.   Was he a resident of the building?

Lewis                    7

1       A.      No, I know everybody that lives

2   in my building.

3       Q.      Now, this is at about what time

4   of the evening, approximately?

5       A.      I guess -- you know -- about ten

6   after 10 or 10:15 p.m.

7       Q.      Now, did you make eye contact

8   with this man?

9       A.      For sure.

10      Q.      Did he make eye contact with you?

11      A.      Very much so.

12      Q.      How long do you think you stood

13  there looking at him?

14      A.      Not too long -- you know -- I

15  stood there staring at him for a few seconds

16  and like tried to figure out what's the

17  story here and then about four seconds --

18      Q.      You told us --

19      A.      -- maybe five.

20      Q.      I think you told us the man was

21  approximately how tall?

22      A.      6'2, 6'3, maybe.

23      Q.      Okay, what kind of build did he

24  have?

25      A.      Oh -- you know -- very -- you

Lewis                    8            2221.

1    know -- good shoulders, strong looking

2    like he could have been a boxer or somebody

3    tough -- you know -- like robust, for sure --

4    you know -- somebody that you wouldn't want

5    to reckon with if you had to.

6         Q.    Was he fat, was he skinny?

7         A.    No, he was not fat at all he was

8    not skinny he was well built like an athlete.

9         Q.    How was he dressed?

10        A.    He was dressed extremely well

11   which made me very confused why he was

12   standing there -- very, very good suit.  It

13   looked -- this looked like a real good suit

14   one that would cost some money.

15        Q.    Could you give us a color for the

16   suit or a shade?

17        A.    Gosh -- you know -- that's all I

18   can remember now.

19        Q.    Do you remember if the man was

20   wearing a tie?

21        A.    Sorry, but I can't remember if he

22   was wearing a tie anymore -- you know.

23        Q.    How was his body positioned?

24        A.    It was strangely -- in the sense

25   that it was like somebody that  --  it's

Lewis

1    ready.   Somebody that's ready.

2         Q.      Where were his arms in relation

3    to his body when you saw him?

4         A.      As far as I remember his arms

5    were on his side but I don't remember

6    exactly what he was doing with his arms, I

7    just remember a sense of immediacy of action

8    or of somebody that -- that's very alert --

9    somebody that's very ready.  I can't explain

10   that.

11        Q.      What about his hands, could you

12   see his hands?

13        A.      No, I don't remember looking

14   anymore now -- you know -- it's so long ago,

15   I don't remember.

16        Q.      Did you see anybody else in the

17   corridor?

18        A.      Nobody else, just him and me.

19        Q.      Now, from where you were, could

20   you see what was behind the basement -- you

21   know -- where the basement door is?

22        A.      Yes.

23        Q.      Could you, from where you were --

24   from where you saw this man, could you see

25   anything by that door?



Lewis                15

1    back to my train of thought, do you -- when you

2        go back to the building, do you see the man

3        that was standing in the restaurant?

4            A.    No.

5            Q.    Did you look for him?

6            A.    Well, I didn't look for him but I

7    noticed specifically he wasn't there.

8            Q.    Now, does there come a point in

9    time when you tell the police about what you

10   saw?

11           A.    Yes.

12           Q.    When do you tell the police for

13   the first time about this man that you saw

14   in the corridor?

15           A.    The first time was that evening,

16   I told an officer.

17           Q.    Do you remember who you told?

18           A.    I have his name on a piece of

19   card in my pocketbook.

20           Q.    Oh, could you give it to us

21   please.  Now I understand why you were

22   cleaning out your pocketbook

23           A.    His name is John C. S- C- H- L- A-

24   G- L- E- R.

25           Q.    Let me take a look at that?

Lewis                17

220

1       A.      Definitely, Mr. Sexton. And --
2    wait a minute -- take that back, not Mr.
3    Sexton, okay, that's a mistake, Mr. Frawley.
4    You want the spelling of that?
5       Q.      No, that's okay, I think we got
6    it.
7       A.      Mr. Frawley and another man who I
8    have never seen ever again and another guy
9    who I saw the night of the murder and I
10   think he was probably the F B I, who knows.
11      Q.      Okay, all right.  Have you seen
12   the man that you saw in the corridor since
13   that day?
14      A.      What?
15      Q.      Have you seen, not the detectives,
16   now, I am talking about the man that was in
17   the restaurant that you saw from when you
18   turned the stairway, have you seen him since?
19      A.      No.
20      Q.      Have you ever seen him in the
21   restaurant in the neighborhood or inside the
22   building since?
23      A.      No.
24      Q.      No?
25      A.      No.

KM

Lewis          18

1     apartment?

2          A.    Yes.

3          Q.    Tell us what you know about that.

4          A.    Well, you know, everybody in the

5     restaurant is amazed, you know, because the

6     rent I pay.  It's a rent stabilized

7     apartment.  And so, you know, Luis, you know,

8     and then also I had made it known to

9     everybody in the restaurant that I wanted to

10    go away.  You know.  I told everybody I want

11    to go on a trip.  I want to leave New York.

12    I want to see, you know, go somewhere else.

13         Q.    Did you tell them that before the

14    shooting or after the shooting?

15         A.    After the shooting.  And so, you

16    know, Luis' -- it was Luis' idea.  I told

17    him that I, you know, was trying to find

18    somebody maybe a nice somebody to maybe rent

19    to while I was gone for a couple of months.

20    I wanted to go to Oregon and I wanted to go

21    to Alaska just to see what it was like there.

22    They were amazed that I would want to leave

23    New York.  Most of them said I was crazy to

24    want to leave New York and I have such a

25    nice apartment.

VM