# EXHIBIT 4

### 1. The Inmate Suffers from Numerous Chronic and/or Serious Medical Conditions Related to the Aging Process

Mr. Manna suffers from numerous chronic medical conditions. Since 2003, Mr. Manna has suffered from nerve damage in his right leg. The damage has resulted in Mr. Manna's inability to control his right foot; a condition commonly referred to as drop foot. While this might seem harmless at first glance, it poses an ever-present risk of falling, and for a 90-year-old like Mr. Manna the reality is that a serious fall could be devastating, or worse, life threatening; that said previous falls have already caused Manna to incur head injuries and fractures. In addition to foot drop, Mr. Manna is required to wear surgical socks at the expense of the BOP in order to prevent the development of an embolism. Beyond these conditions, Mr. Manna suffers from a number of other serious physical medical ailments including long-term chronic skin issues, prostate cancer, and colon cancer.

Mr. Manna's chronic skin issues started in 2011 and have only worsened over the years. He has been treated for eczema, ringworm, and even Methicillin-Resistant Staphylococcus Aureus (MRSA), a condition that has resulted in several abscesses that have required draining and monitoring, and that is known to be dangerous- especially to someone of Mr. Manna's advanced age and declining physical condition. During serious bouts of skin problems, Mr. Manna was seeing doctors at BOP medical facilities at least once a month for months at a time. This is demonstrated by the chronology derived from BOP medical records that we have received and reviewed.

Beyond this devastating analysis, the seriousness of Mr. Manna's skin condition can be further demonstrated by the extensive list of medications administered to him in an effort

to combat these issues. [As a collateral consideration, these medications in conjunction with the other medications Mr. Manna is prescribed for conditions such as high blood pressure, and stomach issues, are most likely very costly for the BOP.]

Perhaps just as disconcerting as the risks associated with Mr. Manna's chronic skin issues are his prostate and colon cancer diagnoses, particularly in light of his age and family history. With regard to Mr. Manna's dual cancer diagnosis he underwent 50 rounds of chemotherapy for over a year starting in May 1995, continuing all the way through July 1996. During his fight with cancer, Mr. Manna was also required to undergo 2 major surgeries removing portions of his colon. Although Mr. Manna is currently in remission, there is always a fear that the cancer will return. There is a long and extensive history of colon cancer in his family. Mr. Manna's father died at the age of 55 from colon cancer, his sister died at the age of 60 from colon cancer, another sister was diagnosed with colon cancer at the age of 64. It should come as little surprise that due to the widespread history of colon cancer in his family, Mr. Manna is concerned about the possibility of recurrence. In 2008, Mr. Manna became very distressed when a colonoscopy could not be scheduled within a reasonable time frame to monitor any developments. Mr. Manna is in constant fear that his colon cancer will return, and will be diagnosed too late for him to receive the proper treatment due to the limited resources within the BOP with regard to specialized medical treatment and exploratory/preventive procedures. As recently as October 5, 2016, Mr. Manna was seen at an outside hospital for a consultation regarding his colonoscopy results, which indicate findings of an adenoma in the area of his pancreas. This is of great concern given his history, as well as his family history, of cancer and his advanced age. If this request is granted, and Mr. Manna is released from BOP custody, procedures such as colonoscopies and follow up

care can be freely and quickly scheduled by Mr. Manna and/or his family. Such liberty would allow Mr. Manna to experience his remaining years free from the anxiety and fear that his cancer will return, and comforted by the knowledge that if it were to return his family would ensure that he immediately receives the necessary treatment.

It is evident from the stacks of medical records we have received from the BOP, as well as his extensive BEMR File that Mr. Manna has required a significant amount of medical care and attention from BOP Health Services since he entered BOP custody nearly 3 decades ago in 1988. Mr. Manna is an older man with many ailments, and has served his sentence thus far without incident. This request for early release from BOP custody on compassionate release grounds is justified for a man in Mr. Manna's position. An early release will afford Mr. Manna a measure of quality of life and comfort as someone who has struggled and continues to struggle daily with so many personal health issues. The BOP should consider that it has the ability to avoid liability for any potential risk to Mr. Manna by granting him an early release. Accordingly, in light of his advancing age, numerous chronic medical conditions, and their progressive nature, we would respectfully submit that Mr. Manna readily satisfies the second factor set forth in the Program Statement.

2. *The inmate is experiencing deteriorating physical health that substantially diminishes their ability to function in a correctional facility*

As should be obvious from the analysis above. Mr. Manna's extensive list of medical conditions would make daily life for any 91-year-old incredibly difficult, whether in custody or not. However, being confined to a correctional facility, and susceptible to those types of diseases

known to spread quickly in such setting, these difficulties are seriously exuberated for Mr. Manna. Furthermore, beyond the ailments listed above, Mr. Manna suffers from high blood pressure, cellulitis, vertigo, ulcers, along with GI and bladder issues, making it difficult for him to use the bathroom, and more often than not requiring him to have someone assist him. This is an incredibly uncomfortable issue to have to deal with in a correctional setting, especially at Manna's age.

### 3. *Conventional treatment promises no substantial improvement to their mental or physical condition*

Mr. Manna is a 91-year-old man suffering from a myriad of chronic physical health problems, each of which appears to be stagnant and/or worsening with age, In relation to these physical conditions, Mr. Manna is required to take various medications on a daily basis which taken cumulatively are likely very costly for the BOP. His daily regimen in the BOP Medical Staff's effort to control/maintain his conditions include the following: ammonium lactate lotion to treat his dry scaly skin conditions; ciprofloxacin to treat a variety of bacterial infections; clobetasol prop cream used to treat the inflammation and itching caused by his chronic skin problems; hydrocortisone acetate to rectify his skin issues; Lisinopril to treat his high blood pressure; loperamide capsule to treat diarrhea; meclizine to prevent and treat nausea, vomiting and dizziness caused by vertigo; metoprolol tartrate to treat his high blood pressure; phenazopyridine to relieve symptoms caused by irritation of the urinary tract; ranitidine used to treat and prevent ulcers in the stomach and intestines; simvastatin used to help lower bad cholesterol; and triamcinolone to treat his chronic skin issues.

Unfortunately, none of these prescriptions have provided substantial improvement to Mr. Manna's worsening condition. Further, these drugs do not even provide the promise of such improvement. These prescriptions are merely a Band-Aid, masking or maintaining conditions that will continue to find ways to progress and worsen as time passes. Accordingly, we respectfully submit that Mr. Manna's current circumstances satisfy the fourth requirement