| | | |
|---|---|---|
| **SEBASTIAN M. BIO** | **BIO & LARACCA, P.C.** | **MORRIS COUNTY LOCATIONS** |
| **MARCO A. LARACCA** * † | **ATTORNEYS AT LAW** | 60 WASHINGTON STREET, SUITE 200 |
| | | MORRISTOWN, NJ 07960 |
| NICOLETTE G. DESIMONE | | |
| KRISTEN L. LARACCA, OF COUNSEL † | | 120 EAGLE ROCK AVENUE, SUITE 312 |
| | | EAST HANOVER, NJ 07936 |




NEW YORK LOCATION
82 MAPLE AVENUE, 1ST FLOOR
NEW CITY, NY 10956

331 CENTRAL AVENUE
ORANGE, NEW JERSEY 07050

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

†ALSO ADMITTED IN NY

TELEPHONE (973) 675-6006    FACSIMILE (973) 675-7333

WWW.BIOANDLARACCA.COM

BY APPOINTMENT ONLY
REPLY TO ORANGE OFFICE

October 20, 2021

*Via ECF*

Honorable Peter G. Sheridan, U.S.D.J.
U.S. District Court for the District of N.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

     **Re: USA v. Richard DeSciscio**
       **Case No. 3:88-cr-00239**

Dear Judge Sheridan:

This office represents Defendant Richard DeSciscio in the above-referenced matter. On September 9, 2021, Mr. DeSciscio filed a motion for habeas corpus relief or, in the alternative, compassionate release or a reduction in sentence, returnable October 4, 2021 (ECF No. 31). A review of the ECF Docket reveals that the motion was filed over thirty (30) days ago and has not been opposed by the Government. Therefore, I respectfully request that Your Honor enter the Order unopposed in favor of Mr. DeSciscio.

Thank you for your attention and courtesies.

            Very truly yours,
            ***BIO & LARACCA, P.C.***

            *s/ Marco A. Laracca*
            MARCO A. LARACCA

MAL/ngd
cc: Alexander E. Ramey, AUSA
   Richard DeSciscio