

*7621 13th Avenue, Brooklyn NY 11228*
*718.305.1702 Office*
*718.395.1732 Fax*
*JIandolo@jiandololaw.com*

J. IANDOLO LAW

October 26, 2021

**VIA ECF**
Honorable Peter G. Sheridan, U.S.D.J,
United States Court for the District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

SO ORDERED:                           10/27/21

You may be heard on this emergency request on November 4, 2021 at 1:30 p.m. by telephone.

s/Peter G. Sheridan, U.S.D.J.

Re:  **USA v. Louis Manna**
     **Case No. 3:88-cr-239**

Dear Judge Sheridan:

     The undersigned represents 92-year-old-movant, Louis Manna in the above-referenced matter. Just last week, my office filed an 8-page motion for reduction of sentence, pursuant to 18 U.S.C. §3582(c)(1)(a). Said motion looked solely to Manna's consistent debilitating medical conditions. Since the last filing, Manna conditions have worsened. It has come to the undersigned attention that his health has taken yet another turn, and now Manna is requiring a wheelchair and assistance to take more than a few steps.
     Last year, the undersigned submitted a 33-page memorandum outlining Manna's medical history. Now we solely are seeking compassion from this court, based on well documented and delineated medical diagnosis. Like most motions, there are exhibits annexed thereto. Here Manna has streamlined the voluminous medical records (*ECF* 32-5), submitted last year, and annexed an additional 17 pages for your honors review (*ECF* -32-5).
     In light of Manna's rapid and fast declining health, the undersigned respectfully requests that this motion be heard on an emergency basis.

Sincerely,
/s/
Jeremy M. Iandolo, Esq.

## Dolores Hicks

| | |
|---|---|
| **From:** | Jeremy M. Iandolo, Esq. <jiandolo@jiandololaw.com> |
| **Sent:** | Tuesday, October 26, 2021 6:07 PM |
| **To:** | Dolores Hicks; Marco Laracca |
| **Subject:** | Manna Filing 88cr239 |
| **Attachments:** | Letter to Court EB 10.26.pdf |

**CAUTION - EXTERNAL:**

Ms. Hicks:

Again, as you may recall the undersigned cannot file to the docket, specifically, 88cr239 US v. Manna. It is respectfully requested that you have the attached filed with the court.

Thank you in advance for your attention to this matter.

--
Jeremy M. Iandolo, Esq.
7621 13th Avenue
Brooklyn NY 11228
Office: 718.303.0802
fax: 718.395.1732

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1