UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: Trenton

JUDGE     PETER G. SHERIDAN

November 4, 2021
DATE OF PROCEEDING

Court Reporter: FRANK GABLE

TITLE OF CASE:                                  Cr. 88-239 (PGS)
UNITED STATES OF AMERICA

   vs.

LOUIS MANNA
      Present by telephone
APPEARANCES:

(See record for list of appearance)

NATURE OF PROCEEDINGS:

TELEPHONE CONFERENCE HELD.

Hearing on defendant application Re [Nef 36] on emergency basis.
Ordered application reserved.

TIME COMMENCED: 4:00 PM
TIME ADJOURNED: 4:30 PM
TOTAL TIME:     0:30

                            Dolores J. Hicks
                            Deputy Clerk