UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. CR-88-239 (MTB) |
| v. | |
| RICHARD DESCISCIO | **DECLARATION OF RENEE DESCISCIO** |

I, RENEE DESCISCIO, of full age, certify, declare and state:

1. I am the daughter of Defendant Richard DeSciscio.

2. This declaration is submitted as an amendment to my May 12, 2020 Declaration that was submitted in support of my father's motion for bail pending the disposition of his habeas petition *(ECF No. 40-2)*.

3. The information in ECF No. 40-2 is still correct, except I no longer live in Manalapan, New Jersey; I now live in Laurence Harbor, New Jersey.

4. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*Renee DeSciscio*
Renee DeSciscio

11-16-21
Date



Sworn to and subscribed before me this 16th day of November, 2021

*Susan L. Weiss*
Notary Signature

SUSAN L. WEISS
NOTARY PUBLIC OF NEW JERSEY
Commission # 50131154
My Commission Expires 7/9/2025