# EXHIBIT B



Kansas City Star

# How did Eddie Cox, a white man, become a top leader of Kansas City's Black Mafia?

*Robert A. Cronkleton and Bill Lukitsch, The Kansas City Star - Jul 2*

Jul. 2—For a brief period in the late 1960s and early 1970s, a crime organization dubbed the "Black Mafia" directed virtually 100% of the drug trafficking and much of the violence and crime on Kansas City's East Side.

The organization was responsible for 17 murders, if not more, of men and women who refused to cooperate, owed money or who were suspected of being police informants, authorities believed. The group also carried out or organized several bank robberies.

"Gang Trafficked in Heroin and Death," a headline in The Kansas City Times on July 30, 1971 reads.

On Thursday, a major leader of the group was released from prison early. Eddie David Cox, the man who authorities said set up the crime syndicate and was the "brains" behind its leadership, was set free on an order of compassionate release. He had served 32 years of a life sentence on drug and other offenses.

Cox, a white man, led the Black Mafia along with James Eugene Richardson and James Phillip "Doc" Dearborn.

The Black Mafia's origins date back to 1969. Cox, who had been paroled a year earlier from Lansing, proposed to Dearborn that they should take over and control the crime on Kansas City's East Side. The two had served time together in Lansing.



**Avery® 2" X 4" Rectangle Labels Matte White Paper With Surefeed**
Ad · Avery

Cox is said to have recruited Richardson, who was released in January 1969 from Leavenworth after serving time for violating the Mann Act. Richardson was a widely known and feared on the East Side.

The three men launched their organization to take over the the drug trafficking and to control criminal activity.

"It was learned the men were engaged in clandestine wholesale narcotics," the report said. "They were also engaged in crimes of bank robbery, burglary, murder, loan sharking, gambling and prostitution. They had the ghetto area of Kansas City under their complete control through fear, intimidation, violence and corrupt public officials."

At the height of the operation — January 1970 through May 1970 — authorities estimated that the Black Mafia was taking in approximately $100,000 a day, most of it through narcotics.

The organization was broken up in May 1970 when federal agents and police conducted post-midnight raids and arrested its members.

Leon Jordan murder

The Black Mafia also was tied to the assassination of politician and civil rights leader Leon Jordan.

Jordan, a former Kansas City police officer and co-founder of the black political club Freedom Inc., was gunned down about 1 a.m. on July 15, 1970, outside his Green Duck Tavern at 2548 Prospect Avenue.

For nearly 41 years, his murder was never solved to the satisfaction of the county prosecutor. But a 900-page investigative report released in June 2011 by the Kansas City Police Department revealed the mastermind of the murder and the gunman was James "Doc" Dearborn.

Although indicted in Jordan's killing in the early 1970s, Dearborn was never tried. He later was fatally shot at a motel near Wheeler Downtown Airport in 1985.

Kansas City police had reopened the cold case following stories in The Kansas City Star in 2010. The police investigation, which mirrored many of The Star's findings, found that the Italian mafia and the Black Mafia both appeared to have played a role in the conspiracy that led to Jordan's slaying.

Release from prison

Cox, 86, was released from prison Thursday, according to a legal representative who also served time with Cox in Leavenworth. Cox has spent most of his life in prison, including for convictions of bank robbery and conspiracy to violate narcotics laws.

At the time Cox led the Black Mafia, the federal government described him as a "cold-blooded killer" accused of taking part in at least 17 murders in the Kansas City area. He was also accused of being involved in the killing of a federal narcotics agent in Chicago.

"He's as good as many of them and better than some," a judicial once said when asked how he compared with licensed attorneys practicing in federal court.

"He's thorough, diligent and concentrates on areas where there conceivably could be a legal question. He doesn't strike out in all directions as so many inmate writ-writers do."

Russell Marks, a paralegal helping Cox readjust to civilian life, said Cox helped set him on a good path while they were both in prison. Marks said Cox has spent many years helping other inmates become familiar with the legal system.

He added that for all the bad things from his past, Cox has spent recent years doing a lot of good.

"He was worthy of compassionate release," Marks said.

Topics for you



Ad TravelerDreams

Ad Vistaprint

## MORE FOR YOU



Small Product Labels - Oval With Custom Blue Plumber Design
Ad Vistaprint



Vistaprint - Official Site - Business Cards, Apparel & More
Ad www.vistaprint.com

Chaco Women's Fields Waterproof Gray, Size 7.5 Medium Width
Ad Chacos.com





NJ.com
Woman, 53, found dead in leaf pile outside home apparently collapsed, police say
Like 12



Reuters
Criminal charges possible in 'Rust' movie shooting, prosecutor says



The Guardian
Top Trump official to plead the fifth to Capitol attack committee
Like 132



CBS News
Petroleum found in water Pearl Harbor, Navy says
Like 24



Reuters
As more U.S. states find Omicron cases, Delta remains nation's top coronavirus threat
Like 57



The Washington Post
Russia planning massive military offensive against Ukraine involving 175,000 troops, U.S. intelligence...
Like



Chaco Women's Fields Waterproof Gray, Size 7.5 Medium Width
Ad Chacos.com



Chaco Women's Fields Gray, Size 7.5 Medium
Ad Chacos.com



Dymo LabelWriter Labels - High Quality, Low Prices
Ad www.labelcity.com



Vistaprint - Official Site
Ad www.vistaprint.com



CNBC
Influential Koch network rocked by an alleged affair scandal, donor departures and a discrimination...
The influential, libertarian-leaning Koch network has been rocked by an alleged affair scandal, departures of key donors an...
Like 17



© 2021 Microsoft | Privacy & Cookies | Terms of use | Advertise | Feedback


Good Housekeeping
'Jeopardy!' Fans Are Shocked After Hearing the Show's Major Announcement
Like  16


US Weekly
Maralee Nichols Welcomes Baby, Claims Tristan Thompson Is the Father
Like  19

BGR
Netflix just released the final episodes of one of its most successful shows ever
Like


Vistaprint Official Site for the Holidays
Ad  www.vistaprint.com


List Wire
'Sopranos' stars who have died
Like


Reuters
Astounding human-like robot 'wakes up'
Like  401


US Weekly
What? Stars You Didn't Know Were Related to Each Other
Like  40


ETOnline
Dina Lohan Sentenced to Jail and 5 Years' Probation After Pleading Guilty to Drunk Driving
Like  17


Windows Users Don't Forget To Do This Before Tomorrow
Ad  Bright Lifestyle


Shadow&Act
'The View' Host Whoopi Goldberg Gets Her Flowers From Sonequa Martin-Green: 'I Am Your...
Like  37


Prevention
The Horrifying Reasons Why Women Are Constantly Let Down by Their Doctors
Women are more likely than men to be on the receiving end of medical mistakes—and the conditions can be life-threatening.
Like  16


The Drive
The Story Behind the Alleged Ultra-Rare Bugatti Shell Posted to Reddit
Like


People
Kate Hudson and Daughter Rani, 3, Lift Weights Together in Adorable Video: 'Start Em Young'
Like  25


USA TODAY
These were the world's drunkest countries in 2021, according to a new study
Like  31


TODAY
25 chicken soup recipes to warm you up from the inside out
Like  12


Newsweek
Young Girl Who Was Sold to 'Old


NJ.com
N.J. rabbi committed 'horrific acts'


Mediaite
'It's on Fox Right Now': Doocy Fires Back at Psaki For Accusing Fox News of Stifli...
"It's on Fox right now," said Doocy,


Newsweek
'100 Confirmed Cases

© 2021 Microsoft | Privacy & Cookies | Terms of use | Advertise | Feedback

Like 96

Like 25

Like 129

Like 54

**Associated Press**
Jan. 6 panel postpones deposition with former DOJ official

**Women's Health**
Burger King Is Selling Whoppers For Only 37 Cents This Weekend

**Gizmodo**
9 Inventors Who Were Killed by Their Own Inventions
When most of us think of "inventors," we're probably thinking about folks like the Wright Brothers, Alexander Graham Bell, o…

Like

Like 64

Like 36

**NBC New York**
Demi Lovato's No Longer 'California Sober': The Writer Who Popularized It Explains What It Means

New Jersey: Say Bye To Your Auto Insurance Bill If You Live In These Zip Codes
Ad   brunchescrunches.com

**E! News**
Zendaya & Tom Holland Adorably Address Their Height Difference

**FOX News**
Kamala Harris' staffers House in part because being labeled 'Harris …

Like

Like

Like 3k

**CNN**
Parents of Michigan shooting suspect face charges: What legal analysts say

**Best Life**
If You're Flying Internationally, You'll Need This as of Monday, CDC Says

**Taste of Home**
The First Thing You Should Do with a New Bottle of Vanilla Extract

**Patch**
West Orange Mansion $3.5 Million: Peek Insi…

Like 197

Like 21

Like

© 2021 Microsoft    Privacy & Cookies    Terms of use    Advertise    Feedback