UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE:  Trenton

JUDGE: Peter G. Sheridan                    Date: June 8, 2021

Court Reporter: Carol Farrell

TITLE OF CASE:
UNITED STATES OF AMERICA                    Cr. 88-239 (PGS)

    vs.

RICHARD DESCISCIO

APPEARANCES:

See record for list of appearance

NATURE OF PROCEEDINGS:

TELEPHONE CONFERENCE HELD.

Hearing on motion [47] by Richard DeSciscio Motion for Reduction of Sentence Under First Step Act U.S.C. 3582 (c)(1)(A). Ordered motion reserved.

TIME COMMENCED:     1:35 p.m.
TIME ADJOURNED:     2:00 p.m.
TOTAL TIME:         0:25

                                              Dolores J. Hicks
                                                Deputy Clerk