**Other Documents**
**3:88-cr-00239-PGS USA v. MANNA CASE CLOSED on 05/20/2020**

CLOSED,COVID19

U.S. District Court

District of New Jersey [LIVE]

RECEIVED
AUG 1 0 2023
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

**Notice of Electronic Filing**

The following transaction was entered on 8/1/2023 at 4:26 PM EDT and filed on 8/1/2023
**Case Name:**      USA v. MANNA
**Case Number:**    3:88-cr-00239-PGS
**Filer:**
**Document Number:** 57

**Docket Text:**
**Letter from RICHARD DESCISCIO (mg)**


**3:88-cr-00239-PGS-2 Notice has been electronically mailed to:**

ALEXANDER EDWARD RAMEY     alexander.ramey@usdoj.gov, caseview.ecf@usdoj.gov, usanj.ecfcriminaldocketing@usdoj.gov

MARCO A. LARACCA     mlaracca@yahoo.com, mlaracca@bioandlaracca.com

**3:88-cr-00239-PGS-2 Notice has been sent by regular U.S. Mail:**

JEREMY M. IANDOLO
7621 13TH AVENUE
BROOKLYN, NY 11228

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=8/1/2023] [FileNumber=17374720-0
] [6bb4343138c3e8cceed42501e28878de01bfea975adb9e40e2f11e7f55199572dd6
f55d4fd4e0da79f916b68bd56f1c849f5695854d0f2df51b90c979dc87243]]

**CLERK, U.S. DISTRICT COURT**
402 E. STATE STREET, ROOM 2020
TRENTON, NEW JERSEY 08608

OFFICIAL BUSINESS

TRENTON NJ 085
NEOPOST   FIRST-CLASS MAIL
2 AUG 2023 PM 3   08/02/2023
US POSTAGE $000.63⁰

ZIP 08608
041M11292220

RECEIVED
AUG 10 2023
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ

Fwd

Jeremy M. Iandolo
7621 13th Avenue
Brooklyn, NY
11228

NIXIE   100 DE 1   0008/08/23
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 08608150020   *2451-05257-02-38