# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: CAROL FARRELL

**DATE**: NOVEMBER 13, 2024

**TITLE OF CASE**:
UNITED STATES OF AMERICA
v.
LOUIS MANNA
    Defendant not present

**DOCKET NO. 88-CR-239-1 (RK)**

**APPEARANCES**:
Alexander Edward Ramey, AUSA for the Government
Jeremy Iandolo, Esq for Defendant
Shavaughn Chapman, US Probation

**NATURE OF PROCEEDINGS**: Telephone Conference
Conference held re: [63] Motion.
The Government is directed to provide certain update to the Court.
Decision reserved.

**Time Commenced:** 9:32 a.m.
**Time Adjourned**: 9:59 a.m.
**Total Time**: 27 minutes

s/ *Ivannya Fitzgerald*
DEPUTY CLERK