# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: CAROL FARRELL

**DATE**: DECEMBER 9, 2024

**TITLE OF CASE**:

UNITED STATES OF AMERICA
v.
LOUIS MANNA
  DEFENDANT NOT PRESENT

**DOCKET NO. 88-CR-239-01 (RK)**

**APPEARANCES**:
Alexander Ramey, AUSA for the Government
Jeremy Iandolo, Esq., counsel for the Defendant

**NATURE OF PROCEEDINGS**:
Telephone Conference held.

**Time Commenced:** 3:42 p.m.
**Time Adjourned**: 4:12 p.m.
**Total Time**: 30 minutes

s/ *Patricia Markey*
DEPUTY CLERK