

**J. IANDOLO LAW**

*8212 3rd Avenue, Brooklyn NY 11228*

*917.397.1577 Office*

*718.395.1732 Fax*

*JIandolo@jiandololaw.com*

*Admitted in Ny & NJ*

April 8, 2025

<u>**VIA ECF**</u>
Honorable Robert Kirsch
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East Side Street
Trenton, NJ 08608

**RE:    United States of America** v. **Louis Anthony Manna**
<u>        **Update**</u>
<u>        **Case No. 88CR00239**</u>

Dear Judge Kirsch,

    I am writing to respectfully request an update regarding your decision on Louis Anthony Manna's Motion for Reduction of Sentence under the First Step Act (18 U.S.C. 3582), which was filed under seal with this Court on August 26, 2024. This motion was made in light of Mr. Manna's severe medical conditions, and since its filing, the Court has held several telephonic conferences, imposing various duties upon the undersigned counsel, probation, and the Government. I am pleased to report, as you already know, all requirements have been met and all issues have been addressed by the parties involved, via the submission of P.O. Chapman, nearly three weeks ago.

    As you are aware, Mr. Manna's health continues to decline rapidly, and the urgency of this matter is growing with each passing day. Given the gravity of Mr. Manna's medical circumstances, we respectfully request that the Court render a decision on the motion as soon as possible..

    Mr. Manna and his family are anxious to proceed with the necessary medical treatment and to achieve some measure of closure regarding this important issue in their lives. The prompt resolution of this motion would provide them with the ability to move forward with the treatment that is essential under the current circumstances.

    Thank you for your attention to this pressing matter. We remain hopeful for your timely decision and appreciate your consideration and remain available to provide any additional information or clarification as necessary.

New York 8212 3rd Avenue Bklyn NY 11209 : New Jersey: 331 Central Avenue, Orange N.J. 07050

Sincerely,

*Jeremy Iandolo, Esq.*

Jeremy Iandolo, Esq.