**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE**: TRENTON                                  **DATE**:  APRIL 14, 2025

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ

**TITLE OF CASE**:                                   **CIVIL NO. 88-CR-239-1 (RK)**

UNITED STATES OF AMERICA
v.
LOUIS MANNA
        DEFENDANT NOT PRESENT

**APPEARANCES**:

Alexander Ramey, AUSA for the Government
Jeremy Iandolo, Esq., counsel for the Defendant
Steven Alfrey, U.S. Probation

**NATURE OF PROCEEDINGS**:  ORAL ARGUMENT re [63] Second Motion for Reduction of Sentence

Courtroom ordered sealed at 1:33 p.m.; courtroom sealed.

Courtroom ordered unsealed at 2:00 p.m.; courtroom unsealed.

Written decision to be issued.

**Time Commenced:**    1:01 p.m.
**Time Adjourned**:    2:03  p.m.
**Total Time**:        1 hour 2 minutes

s/ *Patricia Markey*
DEPUTY CLERK