## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON                              **DATE**: APRIL 15, 2025

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ

**TITLE OF CASE**:                               **CIVIL NO. 88-CR-239-1 (RK)**

UNITED STATES OF AMERICA

v.

LOUIS MANNA
    DEFENDANT NOT PRESENT

**APPEARANCES**:

Alexander Ramey, AUSA for the Government
Jeremy Iandolo, Esq., counsel for the Defendant
Steven Alfrey and Allison Slater, U.S. Probation

**NATURE OF PROCEEDINGS**: Telephone Conference

Conference ordered sealed; conference sealed.

BREAK: 10:28 a.m. – 3:12 p.m.

**Time Commenced:** 10:17 a.m.
**Time Adjourned**: 3:37 p.m.
**Total Time**: 36 minutes

                                                  s/ *Patricia Markey*
                                                  DEPUTY CLERK