UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**OFFICE**: TRENTON                                   **DATE**:  APRIL 16, 2025

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ

**TITLE OF CASE**:                                    **CIVIL NO. 88-CR-239-1 (RK)**

UNITED STATES OF AMERICA
v.
LOUIS MANNA
    DEFENDANT NOT PRESENT

**APPEARANCES**:

Alexander Ramey, AUSA for the Government
Jeremy Iandolo, Esq., counsel for the Defendant
Steven Alfrey, U.S. Probation

**NATURE OF PROCEEDINGS**:  Telephone Conference

Conference ordered sealed; conference sealed.

**Time Commenced:**  3:54 p.m.
**Time Adjourned**:  4:06 p.m.
**Total Time**:       12 minutes

                                                                  <u>s/ Patricia Markey</u>
                                                                    DEPUTY CLERK