# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## <u>MINUTES OF PROCEEDINGS</u>

**OFFICE**: TRENTON                                    **DATE**:   JULY 28, 2025

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ


**TITLE OF CASE**:                                 **CRIMINAL NO. 88-CR-239-1 (RK)**

UNITED STATES OF AMERICA

v.

LOUIS MANNA

　　　　DEFENDANT NOT PRESENT


**APPEARANCES**:

Alex Ramey, AUSA counsel for the Government

Jeremy Iandolo, Esq., counsel for the Defendant

Afonso Fernandes, U.S. Probation


**NATURE OF PROCEEDINGS**: IN-PERSON CONFERENCE

In-person Conference held.

Conference ordered sealed; conference sealed.


**Time Commenced:**     1:27 p.m.
**Time Adjourned**:      2:14 p.m.
**Total Time**:          47 minutes


　　　　　　　　　　　　　　　　　　s/ *Patricia Markey*
　　　　　　　　　　　　　　　　　　DEPUTY CLERK