UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert Kirsch |
| v. | : | Crim. No. 88-239 |
| LOUIS MANNA | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that ALINA HABBA, Acting United States Attorney for the District of New Jersey, by Martha K. Nye, Martha.Nye@usdoj.gov, Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

TODD BLANCHE
U.S. Deputy Attorney General

ALINA HABBA
Acting United States Attorney
Special Attorney

*s/ Martha K. Nye*

By: Martha K. Nye
Assistant U.S. Attorney

Dated:   October 22, 2025