

*8212 3rd Avenue, Brooklyn NY 11228*
*917.397.1577 Office*
*718.395.1732  Fax*
*JIandolo@jiandololaw.com*

Admitted in Ny & NJ

November 13, 2025

**VIA ECF**
**The Honorable Robert Kirsch**
United States District Judge
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    **Re:** *United States of America v. Louis Anthony Manna*
Case No. 88-cr-00239

Dear Judge Kirsch:

    This letter is submitted on behalf of Mr. Louis Manna, and in furtherance of the initial request to modify the conditions of his release to change his designated custodians. As previously outlined in the undersigned's July 11, 2025, correspondence, the request arises due to the declining health and increasing limitations of Mr. Manna's current custodian, Mr. John Nardone, causing substantial hardship.

    Since that submission, the parties—including Probation Officer Afonso Fernandes, his supervisor Kevin Egli, and the United States Attorney's Office—have worked diligently to explore viable alternatives for Mr. Manna's custodianship. Unfortunately, despite those efforts, a suitable arrangement has not yet been approved. Probation ultimately declined the proposed change to have Mr. Manna reside with his sister-in-law and her son, Robert Manna, absent court order, due to the fact that Mr. Robert Manna is not consistently at home because of his work schedule.

    Additionally, Mr. Manna has requested that it be emphasized for the record that he fully recognizes Mrs. Mary Nardone's foremost obligation is to her husband's care and well-being. He further notes that, while there may be hesitation regarding his potential placement with immediate family members—specifically his daughter, Phyllis Castle who could share in his care for half of the year—the Probation Department retains ample supervisory authority to ensure that he continues to follow all rules and restrictions. Mr. Manna has made clear that he will remain in full compliance, particularly with respect to GPS monitoring, and, as he stated, he intends to "follow the rules to the letter and continue to do so for the remainder of [his] life."

      In recent discussions with both Mr. and Mrs. Nardone, as well as with Mr. Manna, it has become increasingly clear, to the undersigned as well as Probation, that a change in custodianship is necessary. While Mrs. Nardone herself does not suffer from medical conditions, she must devote significant time to caring for Mr. Nardone, accompany him to frequent medical appointments, and travel periodically for work. During these periods, Mr. Nardone is often left in the care of Mr. Manna—a situation that has placed an unintended burden on all involved and is no longer sustainable given the conditions of release.

      It must be emphasized that Mr. Manna has complied fully with this Court's prior orders, as have the Nardone's, throughout the past eight months. He remains committed to strict compliance and has expressed his continued willingness to adhere to any conditions the Court deems appropriate. However, given the Nardones' personal circumstances, Mr. Manna believes that they are no longer in a position to serve as custodians without significant hardship.

      Mr. Manna has submitted a personal letter herewith, further expressing his understanding of the Court's authority and his request for consideration of a change in custodians. While we respectfully acknowledge that Probation has not approved an alternative at this time, we ask that the Court take these circumstances under advisement and provide such relief as it deems just and proper.

                                              Sincerely,

                                       *Jeremy Iandolo, Esq.*