August 31, 2025
Clerk of the Court Third Circuit
Trenton, New Jersey

Honorable Robert Kirsch,

Your Honor my name is Louis Manna, and after a lengthy conversation with my attorney, Jeremy Iandola suggested that I write to you. First, I must say that after 37 years of appeals to a dozen judges, you and only you were considerate and kind to come to a conclusion by granting me my freedom. I can assure you, your Honor, that you will not regret your decision and I will not stray from my obligation and follow your order, and the probation rules that I am required to do.

Right now your Honor, my main concern is my stewards are in a state of mind that I observe on a daily basis, while in their care. They are courteous and caring, but the pressure of Mary Nardone caring for me and caring for her husband, John Nardone, and his latest medical occurrences to go to his doctors, as well as my medical needs is too much for Mrs. Nardone to handle, and certainly has me concerned. Their act of kindness is not lost on me, and at this point in my life I feel like I have taken their health and happiness by my intrusion into their life, and this is certainly affecting me too.

If I may suggest to your Honor a minor change to a transfer of residence to my sister-in-law Elizabeth Manna, who was the wife of my brother, Dominic Manna, who passed away, and be replaced by my nephew Robert Manna and my daughter Phyllis Castle who can be the new stewards. They can care for me and provide the necessary medical requirements for my medical needs. If this move is granted, it will not alter my obligation to follow the order of the court and the probation rules.

Your Honor, I am sorry to present this needed change to the court, but it is necessary for everyone's mental well being for this transfer of residence, for all of my family who is caring for me. Thank you for your concern regarding this matter and your on going patience. It is well appreciated and may God bless you.

Louis Manna