UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**OFFICE**: TRENTON  **DATE**: JANUARY 29, 2026

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ

**TITLE OF CASE**:  **CRIMINAL NO. 88-CR-239-1 (RK)**

UNITED STATES OF AMERICA

v.

LOUIS MANNA

    DEFENDANT NOT PRESENT

**APPEARANCES**:

Eric Suggs, AUSA counsel for the Government

Jeremy Iandolo, Esq., counsel for the Defendant

Afonso Fernandes, U.S. Probation

**NATURE OF PROCEEDINGS**: TELEPHONE CONFERENCE re: [101] Letter.

Conference held.

**Time Commenced:**    11:10 a.m.
**Time Adjourned**:    11:20 a.m.
**Total Time**:    10 minutes

                                          s/ Ivannya Fitzgerald
                                              DEPUTY CLERK