**CLERK, U.S. DISTRICT COURT**
402 E. STATE STREET, ROOM 2020
TRENTON, NEW JERSEY 08608-9979

**OFFICIAL BUSINESS**

RECEIVED

MAY 15 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

TRENTON NJ 085

6 MAY 2026 PM 5 L

quadient
FIRST-CLASS MAIL
IMI
$000.74
05/05/2026 ZIP 08608
043M31257673

US POSTAGE

**3:88-cr-00239-RK-2 Notice has been sent by regular U.S. M**

JEREMY M. IANDOLO
7621 13TH AVENUE
BROOKLYN, NY 11228

NIXIE        100    FE 1         0005/13/26
        RETURN TO SENDER                /26
    NOT DELIVERABLE AS ADDRESSED       **
        UNABLE TO FORWARD

UTF    BC: 08608150020    *0951-06623-06-33
                                                6-33

## Other Orders/Judgments

3:88-cr-00239-RK USA v.
MANNA **CASE CLOSED on**
**05/20/2020**

CLOSED,COVID19

**RECEIVED**

MAY 15 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

### U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 5/4/2026 at 1:10 PM EDT and filed on 5/4/2026
**Case Name:** USA v. MANNA
**Case Number:** 3:88-cr-00239-RK
**Filer:**
**Document Number:** 107

**Docket Text:**
**MEMORANDUM OPINION as to RICHARD DESCISCIO. Signed by Judge Robert Kirsch on 5/4/2026. (arm)**

**3:88-cr-00239-RK-2 Notice has been electronically mailed to:**

ERIC R. SUGGS    Eric.Suggs@usdoj.gov, CaseView.ECF@usdoj.gov, usanj.ecfcriminaldocketing@usdoj.gov

JEREMY IANDOLO    jiandolo@jiandololaw.com

MARCO A. LARACCA    laracca.law@gmail.com, mlaracca@bioandlaracca.com

MATTHEW BELGIOVINE    matthew.belgiovine@usdoj.gov, CaseView.ECF@usdoj.gov, usanj.ecfcriminaldocketing@usdoj.gov

NICOLETTE G DESIMONE    ngd@ndesimonelaw.com

**3:88-cr-00239-RK-2 Notice has been sent by regular U.S. Mail:**

JEREMY M. IANDOLO
7621 13TH AVENUE
BROOKLYN, NY 11228

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=5/4/2026] [FileNumber=20663683-0
] [808ac335bb81aff020db5017d762361cbd6bfc40ea9b2f32cf56d5476436a6c9c13
d75da8b0c96c2787912e84a4235db5a1f83ab92c71f1184b2103b78ba94e7]]