**PROB 12A**
**(10/24)**

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Louis Manna

Cr.: 88-00239-001
PACTS #: 45867

Name of Sentencing Judicial Officer: THE HONORABLE ROBERT A. KIRSCH
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/26/1989

Original Offense: Count 1: Rico Conspiracy, 18 U.S.C. Sec. 1962(d)
Count 2: Conspiracy to Violate Rico, 18 U.S.C. Sec. 1962(c)
Counts 3-5: Conspiracy to Murder in Aid of Racketeering, 18 U.S.C. Sec. 1952B
Count 7: Conspiracy to Violate Taft Hartley Act, 18 U.S.C. Sec. 371
Count 26: Illegal Gambling Business, 18 U.S.C. Sec. 1955

Original Sentence: 20 years imprisonment on each of Counts 1 and 2, 10 years imprisonment on each of Counts 3 and 4, 5 years imprisonment on each of Counts 7 and 26-, and 10-years imprisonment on Count 5 (each count consecutive) for a total of 80 years imprisonment, 5 years supervised release on each of Counts 1 and 2, 3 years supervised release on Counts 3,4,7, and 26 (concurrent)

Special Conditions: Third-Party Custodians, Location Monitoring Program, No Contact without Court Approval, Consent to Search, Gambling Restrictions and Registration on Exclusion Lists, Prohibitions on Gang/Criminal Associations, Financial Disclosure, New Debt Restrictions, Fine of $250,000

Type of Supervision: Supervised Release Date Supervision Commenced: 04/25/2025

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **The defendant shall pay to the United States a fine of $250,000 on Count 1. The fine is due immediately. Mr. Manna must satisfy the balance of the outstanding fine amount in monthly installments of no less than $200, to commence 30 days after release from confinement. Mr. Manna must pay to the United States a total special assessment of $350, consisting of $50 on each of Counts 1,2,3,4,5, 7 and 26, which is due immediately.**<br><br>Mr. Manna has failed to make any payments towards his fine since his last payment of $800.00, which was received on June 24, 2025. |

U.S. Probation Officer Action:

Mr. Manna was verbally reprimanded for failing to make his required monthly payments towards his court-ordered fine of $250,000.

The Probation Office addressed the missed payments with Mr. Manna and his third-party custodian, Robert Manna. Both acknowledged the oversight, apologized, and indicated that a payment would be made immediately.

The Probation Office continues to conduct unannounced home visits and daily reviews of Mr. Manna's GPS ankle monitor. Our office will continue to monitor his compliance. At this time, we are requesting no formal court action to be taken.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

Afonso Fernandes

By: AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf

APPROVED:

October 22, 2026

KEVIN P. EGLI Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

- [X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

Signature of Judicial Officer
Robert Kirsch, U.S.D.J.

October 27, 2026

Date